1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     NORTHERN DIVISION


 3
      UNITED STATES OF AMERICA
 4
              v.                      CRIMINAL CASE NO.
 5                                     AMD-04-0029
      WILLIE MITCHELL, ET AL.,
 6
              Defendants
 7      _____/


 8
                    (Excerpts)
 9              November 16, 2005
                Baltimore, Maryland
10

11    Before:  Honorable Andre M. Davis, Judge

12
      Appearances:
13          On Behalf of the Government:
             Robert Harding, Esquire
14           Christine Manuelian, Esquire

15          On Behalf of Defendant Willie Mitchell:
             Timothy J. Sullivan, Esquire
16           Laura K. Rhodes, Esquire

17          On Behalf of Defendant Shelton Harris:
             Gerard P. Martin, Esquire
18           William W. Kanwisher, Esquire

19          On Behalf of Defendant Shelley Wayne Martin:
             Thomas L. Crowe, Esquire
20           James Pyne, Esquire

21          On Behalf of Defendant Shawn Gardner:
             Barry Coburn, Esquire
22           Adam H. Kurland, Esquire

23
      Mary M. Zajac, RPR
24    Room 3515, U.S. Courthouse
      101 West Lombard Street
25    Baltimore, Maryland 21201
```

1          (Proceedings to be Inserted Prior to Colloquy Between

2     the Court and Shawn Gardner.)

3          THE COURT:  Please be seated.  Good morning.  Counsel,

4     do we want to move to the evidentiary matters first?

5          DEFENDANT MITCHELL:  I object.  I object.  For the

6     record, I am Willie Edward Mitchell, Third, in a special

7     visitation, under threats, duress, and coercion, not general, not

8     pro se.  This Court lacks subject matter jurisdiction for a lack

9     of verified complaint and lack of verified complaint sworn under

10    oath.  This Court by its own motion can dismiss the alleged

11    charge and the alleged case against Willie Edward Mitchell,

12    Third, live flesh and blood man.

13          I do not consent to any of these proceedings.  I do not

14    understand any of these proceedings.  I haven't signed any

15    contract with any agent or agency affiliated with this Court that

16    compels me to perform to certain terms and conditions.

17          For the record, my attorneys, Mr. Sullivan, Ms. Rhodes,

18    are fired.  They have agreed not to defend the United States, the

19    Maryland Constitution with their sworn oath to uphold it.

20          They have also sworn an oath to this Court as doing

21    business as the State of Maryland.  Also sworn an oath to the bar

22    association, along with the prosecutor.  So by its own actions

23    and omissions by not signing my commercial contract or agreement

24    of conflict of interest to represent me with clean and free

25    hands, they're incompetent to represent me, Willie Edward

3

1    Mitchell, Third, live flesh and blood man.

2            Also, for the record, if the United States Attorney's

3    Office, the United States Attorney himself, or the United States

4    Assistant Attorneys, Robert Harding and Christine Manuelian, feel

5    as they represent me, Willie Edward Mitchell, the Third, live

6    flesh and blood man, they're fired, also.

7            I'm not that man that shows on the face of the

8    indictment written in all capital letters nor am I the surety of

9    that name.  My name is spelled in proper English grammar as

10   Willie, capital W, lower case I, lower case L, lower case L,

11   lower case I, lower case E.  Capital E, lower case D, lower case

12   W, lower case A, lower case R, lower case D.  Capital M, lower

13   case I, lower case T, lower case C, lower case H, lower case E,

14   lower case L, lower case L.  The Third, capital T, lower case H,

15   lower case I, lower case R, lower case D.

16           I'm not a civil servant, meaning I'm not black,

17   Afro-American, African-American, Negro, none of the above.  And

18   when subject matter jurisdiction is challenged, all court

19   proceedings must stop.  We must deal with the issue at hand.

20           THE COURT:  Be careful, don't knock over the pitchers.

21           DEFENDANT MARTIN:  I object to these court proceedings.

22   For the record, I am no other than Shelley Wayne Martin, live

23   flesh and blood man, here by special visitation, under threats,

24   duress and coercion, not general, not pro.  This Court lacks

25   subject matter jurisdiction for lack of verified complaint and

4

1    lack of verified complaint sworn under oath.

2            This Court by its own motion could dismiss these

3    alleged charges against Shelley Wayne Martin, live flesh and

4    blood man.

5            I do not consent.  I do not understand any of these

6    court proceedings.  I do not understand any of these charges in

7    this alleged case, in AMD-04-029.  I didn't sign any contract

8    with this court, any agent or agency affiliated with this court

9    that compels me to act under certain terms and conditions.

10           Also, for the record, if anybody in the United States

11   Attorney's Office thinks they represent Shelley Wayne Martin,

12   live flesh and blood man, they are fired, including assistants

13   that are here present today, Ms. Manuelian, Mr. Harding.

14           Also, for the record, if Jim Pyne and Thomas Crowe

15   think they represent Shelley Wayne Martin, live flesh and blood

16   man, they are fired because they agree not to defend the

17   Maryland, United States Constitution they were sworn to uphold.

18   They also have a sworn oath with the federal courts, doing

19   business as the State of Maryland.

20           They also have a sworn oath to the bar association,

21   along with the prosecutors.

22           So by its own action or omission of not signing the

23   attorney's contract or commercial agreement of no conflict of

24   interest, there is a conflict to represent me.

25           Also, for the record, I am not a civil servant, I am

5

1    not a black, Afro-American, colored, Negro or any of the above.

2              DEFENDANT HARRIS:  I also object to these court

3    proceedings.  For the record, are you aware that I am no other

4    than Shelton Lee Harris, Junior, live flesh and blood man, here

5    by special visitation, under threats, duress and coercion, not

6    general and not pro se.  This Court lacks subject matter

7    jurisdiction for lack of verified complaint and for lack of

8    verified complaint sworn under oath.

9              This Court by its own motions can dismiss the alleged

10   case and the alleged charges against me, Shelton Lee Harris,

11   Junior, live flesh and blood man.  I don't consent.  I don't

12   understand any of these Court's proceedings.  I didn't sign any

13   contract with this court, any agency affiliated with this court

14   that compels me to perform certain terms and conditions.

15             If these attorneys, Gerard Martin or Bill Kanwisher,

16   think they represent me, they are fired.  I sent them an attorney

17   contract by affidavit of commercial agreement of no conflict of

18   interest, which they did not respond to.  Therefore, the

19   attorneys has agreed not to defend the Maryland and United States

20   Constitution they have swore to uphold.

21             They have also sworn an oath to the federal courts,

22   doing business as the State of Maryland, and to the bar

23   association.  So by their own actions and omission, not signing

24   the contract by affidavit, there is a conflict of interest.

25             As a matter of fact, I want counsel.  Yet every

1    attorney I have spoken with has a conflict of interest because

2    they have sworn an oath to support my adversary, the United

3    States of America and the United States District Courts.

4            And if the United States Attorney himself and Assistant

5    United States Attorneys, Robert Harding and Christine Manuelian,

6    think they represent me, they are fired.

7            Also, for the record, I am not colored, black, Negro,

8    or Afro-American.

9            MR. COBURN:  Your Honor, I request to be heard before

10   Mr. Gardner says anything.  I think Your Honor has discretion to

11   do that and request that Your Honor hear me before he grabs the

12   microphone and says anything.

13           THE COURT:  Certainly, Mr. Coburn.

14           MR. COBURN:  I appreciate that very much.

15           As Your Honor knows, this is something that's arisen

16   only extremely recently.  And my co-counsel and I, and I think

17   all the other lawyers here, are striving to understand just

18   exactly what's going on.

19           My concern, and I think it is an extremely serious

20   concern at this very moment, is that to the extent -- and

21   obviously my only concern is to Mr. Gardner, I don't represent

22   any of the other defendants here -- to the extent he says

23   anything at this proceeding, should this case end up going to

24   penalty phase, I'm extremely concerned that the government may

25   seek to make use of it as an aid to arguing to the jury in favor

1    of death as opposed to life without parole.

2              My concern about this relates specifically to one

3    issue.  There is very likely to be a mitigating factor that we're

4    going to urge strenuously to the jury in this case with respect

5    to adjustment to incarceration and lack of dangerousness to other

6    inmates and prison guards and so on.  My concern is that the

7    government is going to try to make use of what the defendants are

8    saying here right now to argue against that mitigator and

9    possibly to argue against certain aggravators that they are going

10   to propose.

11             So I haven't had a chance, nor has Professor Kurland,

12   to talk to Mr. Gardner about this.  I don't think he's advised as

13   of right now with respect to this, what I consider to be an

14   extremely grave danger.  So I would ask Your Honor either not to

15   hear from him right now until such time as we have a chance to at

16   least talk to him to make sure he has a clear understanding of

17   what's going on, or if there's any sense where he has to talk

18   immediately, I would ask Your Honor to adjourn the proceeding

19   until we have a chance to talk to him.

20             THE COURT:  Thank you, Mr. Coburn.  Well, I think the

21   record will reflect with perfect clarity that I never recognized

22   any of the defendants to speak.

23             A DEFENDANT:  I object.

24             A DEFENDANT:  I object.

25             THE COURT:  I entered the court and immediately

1    addressed my remarks to the United States Attorneys as to whether

2    we should begin with the evidentiary issues that are before the

3    Court today.  And before Mr. Harding or Ms. Manuelian had an

4    opportunity to respond, you all saw and heard Mr. Mitchell grab

5    the microphone there at trial table and began to speak.  And

6    until you spoke, the only people speaking in the courtroom were

7    Mr. Mitchell and his codefendants, as we just heard.

8         A DEFENDANT:  I object.  I'm not a defendant.

9         A DEFENDANT:  I object.

10        THE COURT:  Now, it appears that at least as to these

11   three defendants there's --

12        A DEFENDANT:  I object.  I'm not a defendant in this

13   matter.

14        THE COURT:  -- there's an intention --

15        A DEFENDANT:  I also object.

16        THE COURT:  -- to disrupt these proceedings by voicing

17   objections whenever the Court attempts to address counsel.  And

18   we'll just see where it goes.

19        If you want to speak to Mr. Gardner, certainly you can

20   do that now.

21        MR. COBURN:  I would --

22        A DEFENDANT:  I object.

23        THE COURT:  I'm sorry.  I didn't hear you.  I didn't

24   hear you.

25        MR. COBURN:  I would be very grateful for the

1    opportunity to speak to him before he says anything, Your Honor.

2            DEFENDANT GARDNER:  I object.

3            THE COURT:  The record will reflect that Mr. Gardner

4    just said "I object."

5            What I'm going to do, Mr. Coburn, is I'm going to turn

6    on the husher for just a few moments.

7            A DEFENDANT:  I object.

8            THE COURT:  And give you and Mr. Kurland an opportunity

9    to speak to Mr. Gardner.

10            MR. COBURN:  Thank you so much, Your Honor.

11            (Pause in proceedings.)

12            THE COURT:  Okay.  Mr. Coburn, let me, before I hear

13    from you, let me just state explicitly what I didn't have a

14    chance to state before but which you quite correctly leapt to

15    your feet to try to make clear to your client and all the

16    defendants.

17            A DEFENDANT:  I object.

18            A DEFENDANT:  I object.

19            THE COURT:  So far as I can tell, subject to any future

20    rulings of the Court, under these circumstances anything that any

21    defendant says --

22            A DEFENDANT:  I object.

23            A DEFENDANT:  I object.

24            THE COURT:  -- as the defendants can well see for

25    themselves --

1          A DEFENDANT:  I object.

2          A DEFENDANT:  I object.

3          THE COURT:  -- any such statements are being made part

4     of the record.  And it could well be the government will be

5     permitted to use any such statements in future proceedings in

6     this case.  So each defendant --

7          A DEFENDANT:  I object.

8          A DEFENDANT:  I object.

9          THE COURT:  -- is well advised not to say anything, to

10    confer with his counsel, and to consider seriously the advice

11    that they get from their counsel.

12         A DEFENDANT:  I object.

13         A DEFENDANT:  I object.

14         DEFENDANT HARRIS:  Bill Kanwisher and Gerald Martin are

15    fired.

16         A DEFENDANT:  I object.

17         THE COURT:  Now, Mr. Coburn --

18         A DEFENDANT:  I object.

19         THE COURT:  -- did you need to say anything more at

20    this point?  Approach the lectern, please.

21         DEFENDANT GARDNER:  I object.  For the record, I am no

22    other than Shawn Earl Gardner, live flesh and blood man here,

23    subject to visitation, under threat, duress and coercion, not

24    general, not pro se.  This Court lacks subject matter

25    jurisdiction for lack of verified complaint and lack of verified

1    complaint sworn under oath.

2          This Court, by its own motion, can dismiss this alleged

3    case and alleged charges against Shawn Earl Gardner, live flesh

4    and blood man.  I don't consent.  I don't understand any of these

5    court proceedings.  I didn't sign any contract with this court or

6    any agent or agency affiliated with this court that compelled me

7    to perform under certain terms and conditions.  I do not

8    understand any of these alleged charges in Case Number AMD-04-029

9    in the district court located at 101 Lombard Street, Baltimore,

10   Maryland, 21201.

11         For the record, if Barry Coburn and Adam Kurland think

12   they represent me, they are fired, because I sent them both

13   attorney contracts by affidavit of commercial agreement of no

14   conflict of interest, which they did not respond.  Therefore,

15   they have agreed not to defend the Maryland and United States

16   Constitution they have sworn to uphold.  They also have sworn an

17   oath to the federal courts doing business as the State of

18   Maryland.  They also have sworn an oath with the bar association,

19   along with the prosecution.

20         So by their own action and admission of not signing the

21   contract I sent by affidavit, there is a conflict of interest.

22         As a matter of fact, I want counsel.  Every attorney I

23   have spoken with have a sworn oath to support my adversary, the

24   United States of America and the United States District Court.

25         If the State's Attorney, Rod Rodstein (sic) thinks he

1    represents me, he is fired.  If Assistant United States Attorney,

2    Robert Harding, thinks he represents me, he's fired.  If

3    Assistant United States Attorney, Christine Manuelian, thinks she

4    represents me, she's fired.

5            I am no civil servant.  I am not black, colored,

6    Afro-American or Negro.

7            THE COURT:  All right.  Let me say to the defendants --

8            A DEFENDANT:  I object.

9            A DEFENDANT:  I object.

10           A DEFENDANT:  I object.  I'm not a defendant in this

11   matter.

12           A DEFENDANT:  I'm not a defendant.  I'm a live flesh

13   and blood man.

14           THE COURT:  Your objections are noted for the record.

15   If it's your intention to interrupt the Court whenever the Court

16   attempts to speak, you're going to force the Court simply to

17   remove you from the courtroom.  And I don't want to do that.

18           I think you owe it to your attorneys --

19           DEFENDANT MARTIN:  I object.  I fired Thomas Crowe

20   and --

21           THE COURT:  I understand you wish to discharge your

22   attorneys and we will get to that, if you will just give the

23   Court a chance to proceed.

24           A DEFENDANT:  I do not consent or understand any of

25   this court's proceedings.

1          THE COURT:  Well --

2          A DEFENDANT:  I object.

3          THE COURT:  Well, I want to give each --

4          DEFENDANT MITCHELL:  I object that you keep calling me

5     a defendant, which I'm not, in this matter.  So I would please, I

6     would ask you to address me by my God-given name, which is Willie

7     Edward Mitchell, the Third.  Thank you.

8          THE COURT:  I'm trying to address the lawyers.  I want

9     to invite Mr. Sullivan and Ms. Rhodes to approach the lectern and

10    make any statement they deem appropriate or necessary at this

11    time by way of explanation or non-explanation.

12          (Pause in proceedings.)

13          THE COURT:  Let me just say, Mr. Sullivan, what you and

14    counsel may already be aware of.  The Court is fully aware of the

15    phenomenon that we are witnessing this morning.  And indeed, like

16    Judge Motz, I have another case in which the defendant has made

17    assertions and filed papers similar to the papers that were filed

18    in this case.

19          As we all are probably aware, just last week Judge Motz

20    tried to verdict two defendants who were making the same sorts of

21    claims that we are beginning to see more and more of.  So I have

22    the general background knowledge of this phenomenon and I suspect

23    that counsel are aware as well.

24          So I'll be glad to hear from Mr. Sullivan and then I'll

25    go down the line and give other counsel an opportunity to be

1    heard.

2             MR. SULLIVAN:  Thank you, Your Honor.  Your Honor, the

3    only prudent thing that I think I can say at this point is that

4    Ms. Rhodes and myself stand ready, willing and able to represent

5    Mr. Mitchell.

6             A DEFENDANT:  I object.

7             MR. SULLIVAN:  That we don't believe there's been an

8    effective assertion of his right to self-representation under

9    Faretta.  And we're ready to assist him.

10            A DEFENDANT:  I object.

11            THE COURT:  Yes.

12            MR. CROWE:  Your Honor, I agree with Mr. Sullivan that

13   there hasn't been an assertion to the right of

14   self-representation under Faretta.  There has been --

15            A DEFENDANT:  I object.

16            MR. CROWE:  -- difficulty, and I think other defense

17   counsel have had some difficulty preparing for trial.  I would

18   suggest to the Court the appropriate thing to do is to adjourn

19   these proceedings for perhaps two hours to give counsel a chance

20   to confer with their clients --

21            A DEFENDANT:  I object.

22            MR. CROWE:  -- in the marshal's lock-up.  It may or may

23   not be successful but I think it's what should happen at this

24   point.

25            THE COURT:  Thank you, Mr. Crowe.  Mr. Martin?

1          DEFENDANT HARRIS:  I object to anything Gerald Martin

2     and Bill Kanwisher is about to say.

3          THE COURT:  It's noted.

4          MR. MARTIN:  Your Honor, I echo what Mr. Sullivan and

5     Mr. Crowe said, although I truly believe, having attempted to

6     speak with Mr. Harris on a number of occasions --

7          DEFENDANT HARRIS:  I object.

8          MR. MARTIN:  -- over the last few days, that it's not

9     going to bear any fruit.  He won't talk to me.  But I do think we

10    should at least try.  And I echo everything else that they said.

11    I don't think there's been an effective --

12         DEFENDANT HARRIS:  I am no longer Gerard Martin and

13    Bill Kanwisher's client.  I am not a defendant in this matter.

14         THE COURT:  Would you repeat that?

15         DEFENDANT HARRIS:  I am not a defendant in this matter.

16         MR. MARTIN:  I agree with what Mr. Mitchell says, for

17    the record.  I mean Mr. Sullivan.

18         MR. COBURN:  I know that Mr. Gardner is a live flesh

19    and blood man and I care deeply about him.  I think he knows

20    that.  I think what's going on here basically is that -- I also

21    join in with respect to Faretta.

22         But I'm extremely concerned, extremely concerned about

23    whether we're in a position right now to hold proceedings.

24         THE COURT:  Mr. Coburn, have you received or at least

25    -- (inaudible.)  One of the things that strikes me about what

1  these defendants filed, they are identical.  They filed identical

2  pleadings.  Each filed motions for requests for understanding.

3  It certainly appears they were filed on the same day.  It appears

4  they were prepared on the same word processor.

5          Do you have any insight?  Who's doing this for them?

6          MR. COBURN:  I'm wondering the same thing, Your Honor.

7  I don't know who's doing it for them and I don't have any insight

8  into it.  But the fact, the observation that Your Honor made

9  plays directly into my concern about individual decisionmaking.

10          THE COURT:  Well, I can tell all of counsel that if it

11  comes down to a, to a Faretta colloquy proceeding, as labor

12  intensive as it would be, I would certainly conduct those

13  proceedings one by one with each defendant.

14          A DEFENDANT:  I object.  I am not a defendant.

15          A DEFENDANT:  I object.  I am not a defendant in this

16  matter.

17          A DEFENDANT:  I object.  I am not a defendant in this

18  matter.

19          THE COURT:  Let me give the government an opportunity

20  to be heard.  Ms. Manuelian, were you in Judge Motz's case?

21          MS. MANUELIAN:  Yes.  Yes.

22          THE COURT:  I thought so.

23          MS. MANUELIAN:  Your Honor, my understanding of this

24  motion that's been going around that was filed by the defendants

25  and that was before Judge Motz, it's not that it's a Faretta

1     issue that the defendants wish to represent themselves.  It's

2     that the defendants believe nobody that is appointed by the Court

3     can adequately represent them without signing the contracts,

4     which obviously will not be done.

5          The prior experience that I had with Judge Motz I think

6     was a good one in terms of Judge Motz making the record as best

7     he could in that instance.  In that instance the two defendants

8     were not as vocal as these defendants.  But a record was made --

9          A DEFENDANT:  I object.  I'm not a defendant in this

10    matter.

11         A DEFENDANT:  I object.

12         MS. MANUELIAN:  -- the record was made with respect to

13    ascertaining that they were knowingly, essentially, absenting

14    themselves from the proceeding.  And I think we do need to do

15    that at some point, as difficult as it might be.

16         The government's position, obviously, is clearly the

17    defendants have a right to be in the courtroom.

18         A DEFENDANT:  I object.  I am not a defendant in the

19    matter.

20         MS. MANUELIAN:  We feel that they should be in the

21    courtroom.  There may be issues that arise during the proceedings

22    with respect to identifications.  That was an issue that we

23    addressed with Judge Motz.  It probably wasn't as critical,

24    however, in our case because it was a lot of law, there were a

25    lot of law enforcement witnesses.

1          We actually are going to have civilian witnesses and

2     identifications are going to be a major issue in this case.

3          Obviously, the Court's concern, especially given what

4     we're seeing this morning, is how disruptive the individuals will

5     be during the proceedings.  And what Judge Motz did was told the

6     individuals in the courtroom or the subject of charges that at

7     any point in time --

8          A DEFENDANT:  I object.

9          A DEFENDANT:  I object.

10         MS. MANUELIAN:  -- they would be given an opportunity

11    to advise the marshals that they wanted to come back into the

12    courtroom and then he would make provisions to do that.

13         They were brought in in important proceedings.  In

14    other words, the start of the case, the record was made.  They

15    were then taken out at the time the jury was actually selected.

16    They were brought back in to view the panel that had been

17    selected.  Then they were gone for most of the proceedings

18    thereafter.  They were brought back in to be advised of their

19    right to testify in their own behalf.  Then they were not brought

20    in for the hearing of the verdict because they made it very clear

21    that they did not wish to be part of the proceeding.

22         THE COURT:  I had a somewhat similar situation just a

23    couple years ago where the defendants chose not to attend the

24    trial but I was able to have a video in the lockup so they could

25    watch.  And I followed the procedure that I just described and

1    the Fourth Circuit found no difficulty.  But the inquiry must be

2    searching and thorough, of course, to insure that the defendant

3    chooses not to be present.  And the defendant has to be given

4    regular opportunities, as Judge Motz did, to change his mind and

5    to join the proceedings.

6              I am not aware, Ms. Manuelian, of anything like this

7    ever happening in a capital case.

8              MS. MANUELIAN:  No, Your Honor.  I'm not aware of that.

9    It's my understanding that a lot of these rogue motions are

10   making their way through the Internet and that that's how they're

11   coming into the hands of, I guess, the individuals in jail who

12   feel that this is something that they need to do to preserve the

13   record.

14             What Judge Motz made very clear to them repeatedly, as

15   I'm sure the Court will, that by participating in the proceedings

16   they're not waiving their right to raise the subject matter

17   jurisdiction argument should the case go to verdict and they are

18   convicted and then they file an appeal.

19             And they also were told that they had the opportunity

20   to view the proceedings, that we could set something up for that.

21   They declined that because of the nature of the motion.

22             THE COURT:  Okay.

23             MS. MANUELIAN:  And Your Honor, we only received a two

24   page motion.  I don't know if we have a complete motion.  You

25   seem to have a thicker pack.  So we might want to get a copy of

1    that.

2         THE COURT:  There appears to be some redundancy.

3    Frankly, I'm not even sure -- actually, yeah.  It appears that

4    there are, I guess, five separate documents.  But we will figure

5    it out and make sure that everybody has a complete set of

6    whatever was filed.

7         Is there another court file or do I have everything?

8    Yeah.  It looks like the pro se documents haven't even made their

9    way into the court file yet.  The clerk's stamp is on the copies

10   that I have but, frankly, I'm not sure.

11        We'll be careful because I know that sometimes the

12   clerk's office understandably can become somewhat confused in a

13   criminal case when documents come in, pro se documents come in.

14   And it may be that what I'm holding in my hand are the originals

15   and two copies and that the originals haven't yet been filed and

16   docketed.

17        Everything came in yesterday.  So they were just

18   received within the last 24 hours or the last day.  These were

19   filed on the 14th.

20        They have been docketed.  They were docketed yesterday

21   afternoon.  So the question is whether, whether, in fact, I have

22   the originals or whether the originals are just still in the

23   clerk's office.  And I frankly don't see a certificate of

24   service.  Although I think you did become aware that they've been

25   filed.

21

1          MS. MANUELIAN:  We received something last week.  That

2    was just a two page motion objecting to the subject matter

3    jurisdiction.  What you received yesterday seems to be something

4    different, which we don't have.

5          THE COURT:  We'll figure all that out.

6          MS. MANUELIAN:  Judge, with respect to, I didn't

7    address some of the comments of counsel with respect to taking a

8    little bit of time to talk to their clients.  I don't think --

9          A DEFENDANT:  I object.  I'm not a client in this

10    matter.

11          MS. MANUELIAN:  I don't think we would object to a

12    court recess for that because we do need to make some sort of

13    record about the inability of counsel to confer.

14          THE COURT:  Okay.  Yes, Mr. Sullivan.

15          MR. SULLIVAN:  With all due respect to Ms. Manuelian

16    and Mr. Crowe, two hours or three hours is not going to, not

17    sufficient time to resolve this problem.  You know, I would

18    suggest to the Court that we plow ahead with full speed.

19          And what Ms. Manuelian raised, we're, the death penalty

20    counsel here are in a terrible, terrible position.  Quite

21    frankly, I'm terribly conflicted by this because I have plenty of

22    clients throughout the country who want me to save their life.

23    And it just puts us in a terrible bind.

24          Either we adjourn today and use another one of our

25    dates coming up that's already scheduled to move forward, but to

1   just have two hours off, I know that Mr. Mitchell is not going

2   to --

3             DEFENDANT MITCHELL:  I object.

4             MR. SULLIVAN:  And the rest of them are probably having

5   the same problem with their counsel, too.  So to delay a couple

6   hours, we're going to be exactly back where we are today.

7             In the context of the capital litigation, Your Honor, I

8   can only speak for myself.  I'm not looking forward to

9   representing an empty chair in a penalty phase.  And there's all

10  kinds of problems with that, given the Eighth Amendment overtone

11  that they're seeking to take Mr. Mitchell's life.

12            DEFENDANT MITCHELL:  I object.

13            THE COURT:  Mr. Sullivan, I assure you, and I'm

14  confident I speak in a spirit joined in by Ms. Manuelian and Mr.

15  Harding, as well as other counsel, we know exactly what you're

16  saying.  You've said it very well and clear.  Frankly, it can't

17  be improved upon.  It is quite apparent that Mr. Mitchell, Mr.

18  Martin, Mr. Harris --

19            A DEFENDANT:  I object.

20            DEFENDANT MARTIN:  I object.  My name is Shelley Wayne

21  Martin, live flesh and blood man.

22            DEFENDANT HARRIS:  My name is Shelton Lee Harris,

23  Junior, live flesh and blood man.

24            DEFENDANT MITCHELL:  My name is Willie Edward Mitchell,

25  Third, live flesh and blood man, here by special visitation.

1          THE COURT:  The Court thought I was okay calling you

2     Mr. Mitchell.

3          DEFENDANT MITCHELL:  No.  The Court, I asked the Court

4     to call me Willie Mitchell, Willie Edward Mitchell, Third, to be

5     exact, my God given name, Mr. Davis.  Thank you.

6          THE COURT:  So I was saying that the defendants --

7          A DEFENDANT:  I object.

8          A DEFENDANT:  I object.

9          A DEFENDANT:  I object.

10         A DEFENDANT:  I object.

11         THE COURT:  -- seem determined to be as disruptive as

12    they can be verbally, so that that is a new twist to this

13    phenomenon.  I'm not aware, as Ms. Manuelian mentioned, of any

14    other defendant in any other cases --

15         A DEFENDANT:  I object.

16         A DEFENDANT:  I object.

17         DEFENDANT MARTIN:  I object.  I am no other than

18    Shelley Wayne Martin, live flesh and blood man.

19         A DEFENDANT:  I object.

20         THE COURT:  -- being verbally disruptive.  It seems to

21    me I should proceed to the appropriate inquiry because I think it

22    would be a real affront to the dignity of counsel and to the

23    dignity of these proceedings under the circumstances to force

24    counsel on these defendants.

25         A DEFENDANT:  I object.

1           A DEFENDANT:  I object.

2           A DEFENDANT:  I object.  I am not a defendant.  I have

3    not consented to any of these court proceedings.

4           A DEFENDANT:  I do not consent to any of these court

5    proceedings.

6           THE COURT:  So I am going to ask the marshals to please

7    remove Mr. Mitchell, Mr. Martin --

8           A DEFENDANT:  I object.

9           A DEFENDANT:  I object.

10          DEFENDANT MARTIN:  I object.  I am no other than

11   Shelley Wayne Martin, live flesh and blood man.

12          DEFENDANT HARRIS:  I am no other than Shelton Lee

13   Harris, Junior, live flesh and blood man.

14          THE COURT:  And we will start the, I don't know if it's

15   going to turn out to be a Faretta inquiry or not.  I suspect not.

16   But we'll start the inquiry with Mr. Gardner.

17          A DEFENDANT:  I object.

18          THE COURT:  And the Court will address each of these

19   individually.  I'll ask counsel, of course, to stay with us.

20          So if the marshals would remove these three defendants.

21          A DEFENDANT:  Object.

22          A DEFENDANT:  I object.

23          DEFENDANT HARRIS:  I am no other than Shelton Lee

24   Harris, Junior, live flesh and blood man.

25          THE COURT:  And we will notify the marshal's office

1   when we are ready for Mr. Harris, Mr. Martin and Mr. Mitchell.

2           DEFENDANT MITCHELL:  I object.  I am Willie Edward

3   Mitchell, Third.

4           DEFENDANT HARRIS:  I object.  I am Shelton Lee Harris,

5   Junior.

6           (Excerpt transcript by Sharon Cook to be inserted

7   here.)

8           MR. MARTIN:  Your Honor if you would, may I say

9   something?

10          THE COURT:  Certainly, Mr. Martin.

11          MR. MARTIN:  (Inaudible.)  I don't know what's going on

12  there at Supermax.  I don't expect to have a solution to any of

13  what's going on.  I don't think this is going to do anything

14  other than have them act up again.  It may well pre-ordain his

15  not being here during the proceedings.

16          As you know, Your Honor, I have told them that this is

17  a fast track to a legal objection.  He doesn't want to listen to

18  me about that.  Now I'm stuck in a case where I don't get very

19  much discovery from the government and I've got to defend him.

20  It's almost an impossible task.

21          I think I would like to have a little more time than

22  what we've had here to try to get to him in some manner to talk

23  to him and maybe perhaps have his mother and sister come see him

24  before we have to do this because you may well decide at the end

25  of the next colloquy that you're going to tell him that he can't

1   be in the courtroom.  Then I'll really be in a pickle because

2   I've got another defendant who might be in the courtroom and my

3   defendant who isn't.

4          It's not easy for anybody to deal with.  And I've never

5   had to deal with this before.

6          Those are my concerns, before you go through that

7   colloquy with him, Your Honor.

8          THE COURT:  Thank you very much, Mr. Martin.  I'm very

9   sensitive of that.  I will say, based on what I've observed, I

10  don't hold out any hope that any of the other three will be

11  anywhere near as respectful and attentive as Mr. Gardner was.

12  But we'll see.

13         (Defendant Harris enters the courtroom.)

14         THE COURT:  Mr. Harris.

15         DEFENDANT HARRIS:  For the record, I don't consent, I

16  don't understand any of these Court's proceedings.

17         THE COURT:  I realize you don't want me to use --

18         DEFENDANT HARRIS:  I object.

19         THE COURT:  Are you willing to engage in discussion

20  with me?

21         DEFENDANT HARRIS:  I object.

22         THE COURT:  You're not willing to listen?

23         DEFENDANT HARRIS:  I object.

24         THE COURT:  Does that mean no?

25         DEFENDANT HARRIS:  I object.

1          THE COURT:  Do you realize --

2          DEFENDANT HARRIS:  For the record, I am no other than

3  Shelton Lee Harris, Jr., live flesh and blood man.  Here by

4  special visitation.  Here under threats, duress and coercion, not

5  pro se.  This court lacks subject matter jurisdiction for lack of

6  verified complaint and for lack of verified complaint sworn under

7  oath.

8          This Court by its own motions can dismiss the alleged

9  case and alleged charges against me, Shelton Lee Harris, Junior,

10  live flesh and blood man.  I don't consent, I don't understand

11  any of these Court's proceedings.  I didn't sign any contract

12  with this court or any agent or any agency affiliated with this

13  court that could cause me to perform certain terms and

14  conditions.

15          Also, for the record, these attorneys, Gerard Martin

16  and Bill Kanwisher, are fired.  I sent a contract of commercial

17  agreement of no conflict of interest, which they did not respond

18  to.  Therefore, the attorneys has agreed not to defend the

19  Maryland and United States Constitution they have sworn to

20  uphold.

21          They have also sworn an oath to the federal courts

22  doing business as the State of Maryland, and to the bar

23  association.  So by their own actions and omission of not signing

24  the contract by affidavit, there is a conflict of interest.

25          As a matter of fact, every attorney I have spoken with

1    has a conflict of interest because they have sworn an oath to

2    support my adversary, the United States of America and the United

3    States District Court.

4         If the United States Attorney himself and Assistant

5    United States Attorneys, Robert Harding and Christine Manuelian,

6    think they represent me, they are fired, also.

7         For the record, I am not colored, black, Negro or

8    Afro-American.  I don't consent.  I don't understand any of these

9    court's proceedings.  Point blank.

10        THE COURT:  Okay.  Mr. Harris --

11        DEFENDANT HARRIS:  I object.  My name is Shelton Lee

12   Harris, Junior, live flesh and blood man.

13        THE COURT:  -- since you won't --

14        DEFENDANT HARRIS:  That's what I would like for you to

15   state me by.  Shelton Lee Harris, Junior, live flesh and blood

16   man.

17        THE COURT:  Since you won't permit the Court --

18        DEFENDANT HARRIS:  I object.

19        THE COURT:  -- to address you --

20        DEFENDANT HARRIS:  I object.

21        THE COURT:  -- what the Court's going to do --

22        DEFENDANT HARRIS:  I don't consent.  I don't understand

23   any of these court's proceedings.  While we was talking, we

24   talking about consent, I don't understand any of these court's

25   proceedings.  That's it.

```
1              THE COURT:  I just want you to understand --
2              DEFENDANT HARRIS:  I object.
3              THE COURT:  -- that what the Court's going to do --
4              DEFENDANT HARRIS:  I don't consent.  I don't understand
5    any of these court's proceedings.  There's nothing for me to
6    understand.  I don't understand nothing, none of these court
7    proceedings at all.
8              THE COURT:  -- the Court's going to provide you --
9              DEFENDANT HARRIS:  I object.
10             THE COURT:  -- with a copy --
11             DEFENDANT HARRIS:  I object.
12             THE COURT:  -- of the transcript --
13             DEFENDANT HARRIS:  I object.
14             THE COURT:  -- of the Court's discussion --
15             DEFENDANT HARRIS:  I don't consent.  I don't understand
16   any of these court's proceedings.
17             THE COURT:  -- with Mr. Gardner.
18             DEFENDANT HARRIS:  I don't consent.  I don't understand
19   any of these court's proceedings.
20             THE COURT:  The information that I provided Mr.
21   Gardner --
22             DEFENDANT HARRIS:  I object.
23             THE COURT:  -- applies to your case as well.
24             DEFENDANT HARRIS:  I object.
25             THE COURT:  And the important thing that you need to
```

1    understand --

2              DEFENDANT HARRIS:  I object.

3              THE COURT:  -- is that if you continue to --

4              DEFENDANT HARRIS:  I don't consent.  I don't understand

5    any of these court's proceedings.

6              THE COURT:  -- if you continue to be disruptive --

7              DEFENDANT HARRIS:  Are you aware I am a live flesh and

8    blood man?

9              THE COURT:  -- that you will be removed from the

10   courtroom --

11             DEFENDANT HARRIS:  I object.

12             THE COURT:  -- and you will not be allowed --

13             DEFENDANT HARRIS:  I don't consent.  I don't understand

14   any of these court's proceedings.

15             THE COURT:  -- to remain in the courtroom --

16             DEFENDANT HARRIS:  I don't consent.  I don't understand

17   any of these court's proceedings.

18             THE COURT:  -- for any of this.

19             DEFENDANT HARRIS:  This Court lacks subject matter

20   jurisdiction for lack of verified complaint and lack of verified

21   complaint sworn under oath.

22             THE COURT:  But you will be free to change your mind --

23             DEFENDANT HARRIS:  I don't consent.  I don't understand

24   any of these court's proceedings.

25             THE COURT:  -- and return to the courtroom at any time.

1          DEFENDANT HARRIS:  I don't consent.  I don't understand

2     any of these court's proceedings.  That's it.

3          THE COURT:  On December 16th --

4          DEFENDANT HARRIS:  I object.

5          THE COURT:  -- we will have further proceedings.

6          DEFENDANT HARRIS:  I object.

7          THE COURT:  You will be brought to the courthouse.

8          DEFENDANT HARRIS:  I object.

9          THE COURT:  And you will have an opportunity to tell me

10    then whether --

11         DEFENDANT HARRIS:  I object.

12         THE COURT:  -- whether you wish to remain in the

13    courtroom --

14         DEFENDANT HARRIS:  I object.

15         THE COURT:  -- or whether you would rather remain

16    outside.

17         DEFENDANT HARRIS:  I don't consent.  I don't understand

18    any of these court's proceeding.  I didn't sign any contract with

19    this Court or with any agency affiliated with this Court that

20    compels me to perform certain terms and conditions.  Therefore, I

21    don't consent.  I don't understand.

22         THE COURT:  This course of action seriously

23    undermines --

24         DEFENDANT HARRIS:  I object.

25         THE COURT:  -- the --

1            DEFENDANT HARRIS:  I object, I object, I object.

2            THE COURT:  -- the likelihood that you will receive a

3    fair trial.

4            DEFENDANT HARRIS:  I object.

5            THE COURT:  All right.  Marshals, would you please

6    remove Mr. Harris from the courtroom?  And if you wouldn't mind,

7    bring --

8            DEFENDANT HARRIS:  I object.

9            THE COURT:  -- bring out Mr. Martin and Mr. Mitchell

10   together?

11           DEFENDANT HARRIS:  I am Shelton Lee Harris, a live

12   flesh and blood man, under special visitation, under threats,

13   duress, and coercion, not general, not pro se.  This Court lacks

14   subject matter jurisdiction for lack of verified complaint and

15   for lack of verified complaint sworn under oath.

16           (Defendant Harris leaves the courtroom.)

17           THE COURT:  What's pretty amazing, frankly, is, in all

18   honesty, they absolutely have to practice that because those are

19   some awkward words to put together.  And everyone that I've seen,

20   although Mr. Gardner seemed to be reading his, but the other

21   defendants seem to have gotten down pretty pat.  I don't know.

22   Maybe there's a tape that they can play.

23           My heart goes out to you, Mr. Martin, it really does.

24           MR. HARDING:  Judge, you said December 16th.  I think

25   it's December 8th.

1              THE COURT:  Thank you, Mr. Harding.  December 8th.

2              Sharon, if you'll prepare a transcript of my colloquy

3    with Mr. Gardner, just the part of Mr. Gardner, we'll make sure

4    that each of the defendants gets a copy.  I assume the next two

5    are going to pretty much do the same thing, like Mr. Harris did.

6              Yes, Mr. Crowe.

7              MR. CROWE:  On behalf of Mr. Martin, I think Mr. Pyne

8    and I would like a few minutes to talk with him before the Court

9    begins the colloquy.

10             THE COURT:  Okay.  Sure.

11             (Pause in proceedings.)

12             (Defendants Martin and Mitchell enter the courtroom.)

13             THE COURT:  Mr. Martin, will you -- -

14             A DEFENDANT:  I object.  I am Shelley Wayne Martin,

15   live flesh and blood man.  Shelley, capital S, lower case H,

16   lower case E, lower case L, lower case L, lower case E, lower

17   case Y.  Wayne, capital W, lower case A, lower case Y, lower case

18   N, lower case E.  Martin, capital M, lower case A, lower case R,

19   lower case T, lower case I, lower case N.  I am a live flesh and

20   blood man, not a defendant of the court.

21             THE COURT:  Are you willing to listen to the Court?  I

22   am asking both of you, are you willing to listen to the Court?

23             A DEFENDANT:  I object.

24             (Inaudible.)

25             THE COURT:  You are going to have a --

1          A DEFENDANT:  I object.  I don't understand any of

2     these court proceedings.

3          THE COURT:  The long and the short is --

4          A DEFENDANT:  I object.

5          THE COURT:  -- it is up to you whether you remain in

6     the courtroom or not.  The constant interruptions are disruptive

7     to the proceedings.

8          A DEFENDANT:  I object.  I don't understand.

9          THE COURT:  And they will not be, and they will not be

10    tolerated.  Your objections are fully preserved in the record.

11    Your written motions are in the record and your oral objections

12    made here this morning, as you well know, are on the record.

13          If there are convictions in this case and there is an

14    appeal, what you've done so far by filing your motions, the

15    objections on the record this morning, are more than sufficient

16    to preserve your rights.

17          A DEFENDANT:  I object.  I have no rights under the

18    Constitution.

19          THE COURT:  The appellate court will be fully empowered

20    to review the principles that you have sought to invoke, just as

21    the Court's earlier rulings, some of which were in favor of the

22    government, some of which were not in favor of the government.

23          Those that were in favor of the government will be

24    subject to review by an appellate court if there are convictions

25    in this case.  And even if the appellate court, the United States

1    Court of Appeals for the Fourth Circuit, agrees with the

2    government on those issues, then those issues can be taken to the

3    Supreme Court of the United States.

4              Your objections to these proceedings, to the Court's

5    jurisdiction, to the lack of understanding about these

6    proceedings, are all preserved in the record.  There is

7    absolutely no reason whatsoever that you must, in order to

8    preserve your record, object every time the Court or one of the

9    attorneys says something --

10             A DEFENDANT:  I object.

11             THE COURT:  -- that you don't like.

12             A DEFENDANT:  I am not a defendant in this matter.

13             THE COURT:  And that objection is preserved on the

14    record.  So the proceedings will go forward.  They will not --

15             A DEFENDANT:  I object.

16             A DEFENDANT:  I object.  I object for lack of verified

17    complaint, lack of verified complaint under oath.

18             THE COURT:  And the question that you will have to

19    answer is whether you choose to be in the courtroom for these

20    additional proceedings, including the trial, or not in the

21    courtroom.

22             If you choose not to be in the courtroom, the Court

23    will check with you on a regular basis to see whether you changed

24    your mind.

25             A DEFENDANT:  I object.  I am not a defendant.  I am

1    here under threats, duress and coercion.

2              THE COURT:  If you choose not to be here, the Court

3    will give you the opportunity on a regular basis --

4              A DEFENDANT:  I object.

5              THE COURT:  -- the Court --

6              A DEFENDANT:  I didn't ask.

7              THE COURT:  The Court has ruled against your motions.

8              (Inaudible.  Defendants talking over one another.)

9              A DEFENDANT:  I object.

10             THE COURT:  The Court has ruled against your motions.

11             A DEFENDANT:  I object.  (Inaudible.)

12             THE COURT:  Those are issues that you can raise on

13   appeal if there is a conviction.  But the Court's not going to

14   permit repeated disruptions to the proceedings.

15             A DEFENDANT:  I object.  I don't understand any of

16   these court proceedings.

17             THE COURT:  Now, Mr. Gardner was polite enough and

18   respectful enough when he was here to permit the Court to explain

19   in considerable detail all of the choices that are before you and

20   the consequences of the choices you make.  The Court will order a

21   transcript of what I said to Mr. Gardner and I will send each of

22   you a copy of that transcript so that you can read for yourself

23   what you won't let me talk to you today about.  You can read for

24   yourselves what your choices are and how you can proceed.

25             But you will be brought back to the courthouse on

1    December 8th, the next date of proceedings in this case.

2        A DEFENDANT:  I object.

3        THE COURT:  And you will be given the option at that

4    time whether you wish --

5        A DEFENDANT:  I object.  I don't understand any of

6    these court proceedings.

7        THE COURT:  -- whether you wish to remain in the

8    courtroom or whether you would rather remain in the lockup during

9    the proceedings.

10        A DEFENDANT:  I object.

11        A DEFENDANT:  I object.

12        THE COURT:  Now, on the question of counsel.

13        A DEFENDANT:  I object.  I do not need counsel in this

14    matter and I am not a defendant in this case.

15        THE COURT:  Do you wish to represent yourself?

16        A DEFENDANT:  I object, I object.

17        A DEFENDANT:  I object.

18        A DEFENDANT:  Conflict of interest.  He has a conflict

19    of interest.  I do want to have him but the conflict of

20    interest --

21        THE COURT:  All right.

22        A DEFENDANT:  I object.  I do not understand any of the

23    charges.

24        THE COURT:  So that if at some point you actually wish

25    to have the Court discharge your lawyers --

1          A DEFENDANT:  I object.

2          A DEFENDANT:  I object.

3          THE COURT:  But you need to know that that would be a

4    true, true foolish thing to do, to fire your lawyers.  And it is

5    foolish not to cooperate with them.  But under the law, under the

6    law, even in a death penalty case, even in a death penalty case,

7    if a defendant --

8          A DEFENDANT:  I object.

9          A DEFENDANT:  I object.

10         THE COURT:  -- insists on representing himself, and if

11   the Court is satisfied that the defendant in his actions, is in

12   his right mind and voluntarily and intelligently and knowingly

13   waives the right to counsel, the Court can permit a waiver of

14   counsel.

15         The problem here, of course, for you two is that if you

16   both fire your lawyers --

17         A DEFENDANT:  I object.

18         THE COURT:  -- and disrupt the proceedings --

19         A DEFENDANT:  I object to these court proceedings.

20         THE COURT:  -- then you're not going to have anybody

21   representing you and you're not even going to enter the

22   courtroom.  And there may be somebody out there telling you that

23   that will be a way for you to proceed, but I assure you it will

24   not work.  It will not work.  This case will go forward.  It will

25   go forward.

1          A DEFENDANT:  I object, first of all.

2          THE COURT:  All right.  I will see both of you on

3    December the 8th.

4          A DEFENDANT:  I object.  (Inaudible.)

5          THE COURT:  You don't have to respond at all.  All

6    right, counsel, we're in adjournment until December 8th, 10:00.

7          (Conclusion of Proceedings.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3            I, Mary M. Zajac, do hereby certify that the foregoing

4   pages constitute the excerpt transcript of proceedings as

5   transcribed by me to the within matter in the matter of USA v.

6   Willie Mitchell, et al., Case Number(s) AMD-04-029, on November

7   16, 2005.

8            In Witness Whereof, I have hereunto affixed my

9   signature this _____ day of _____, 2008.

10

11

12

13                           _____

                              Mary M. Zajac,
14                            Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

## 1

**101** [2] - 1:24, 11:9
**10:00** [1] - 39:6
**14th** [1] - 20:19
**16** [2] - 1:9, 40:7
**16th** [1] - 31:3, 32:24

## 2

**2005** [2] - 1:9, 40:7
**2008** [1] - 40:9
**21201** [1] - 1:25, 11:10
**24** [1] - 20:18

## 3

**3515** [1] - 1:24

## 8

**8th** [5] - 32:25, 33:1, 37:1, 39:3, 39:6

## A

**able** [2] - 14:4, 18:24
**absenting** [1] - 17:13
**absolutely** [2] - 32:18, 35:7
**act** [2] - 4:9, 25:14
**action** [3] - 4:22, 11:20, 31:22
**actions** [4] - 2:22, 5:23, 27:23, 38:11
**Adam** [2] - 1:22, 11:11
**additional** [1] - 35:20
**address** [6] - 8:17, 13:6, 13:8, 21:7, 24:18, 28:19
**addressed** [2] - 8:1, 17:23
**adequately** [1] - 17:3
**adjourn** [3] - 7:18, 14:18, 21:24
**adjournment** [1] - 39:6
**adjustment** [1] - 7:5
**admission** [1] - 11:20
**adversary** [3] - 6:2, 11:23, 28:2
**advice** [1] - 10:10
**advise** [1] - 18:11
**advised** [3] - 7:12, 10:9, 18:18
**affidavit** [5] - 5:17, 5:24, 11:13, 11:21, 27:24
**affiliated** [6] - 2:15, 4:8,

5:13, 11:6, 27:12, 31:19
**affixed** [1] - 40:8
**affront** [1] - 23:22
**African** [1] - 3:17
**African-American** [1] - 3:17
**Afro** [5] - 3:17, 5:1, 6:8, 12:6, 28:8
**Afro-American** [5] - 3:17, 5:1, 6:8, 12:6, 28:8
**afternoon** [1] - 20:21
**agency** [6] - 2:15, 4:8, 5:13, 11:6, 27:12, 31:19
**agent** [4] - 2:15, 4:8, 11:6, 27:12
**aggravators** [1] - 7:9
**ago** [1] - 18:23
**agree** [3] - 4:16, 14:12, 15:16
**agreed** [4] - 2:18, 5:19, 11:15, 27:18
**agreement** [5] - 2:23, 4:23, 5:17, 11:13, 27:17
**agrees** [1] - 35:1
**ahead** [1] - 21:18
**aid** [1] - 6:25
**al** [1] - 40:6
**AL** [1] - 1:5
**alleged** [16] - 2:10, 2:11, 4:3, 4:7, 5:9, 5:10, 11:2, 11:3, 11:8, 27:8, 27:9
**allowed** [1] - 30:12
**almost** [1] - 25:20
**amazing** [1] - 32:17
**AMD-04-0029** [1] - 1:5
**AMD-04-029** [3] - 4:7, 11:8, 40:6
**Amendment** [1] - 22:10
**AMERICA** [1] - 1:3
**America** [6] - 6:3, 11:24, 28:2
**American** [6] - 3:17, 5:1, 6:8, 12:6, 28:8
**Andre** [1] - 1:11
**answer** [1] - 35:19
**apparent** [1] - 22:17
**appeal** [3] - 19:18, 34:14, 36:13
**Appeals** [1] - 35:1
**Appearances** [1] - 1:12
**appellate** [3] - 34:19, 34:24, 34:25
**applies** [1] - 29:23
**appointed** [1] - 17:2
**appreciate** [1] - 6:14
**approach** [1] - 13:9
**Approach** [1] - 10:20
**appropriate** [3] - 13:10,

14:18, 23:21
**argue** [2] - 7:8, 7:9
**arguing** [1] - 6:25
**argument** [1] - 19:17
**arise** [1] - 17:21
**arisen** [1] - 6:15
**ascertaining** [1] - 17:13
**assertion** [2] - 14:8, 14:13
**assertions** [1] - 13:17
**assist** [1] - 14:9
**Assistant** [5] - 3:4, 6:4, 12:1, 12:3, 28:4
**assistants** [1] - 4:12
**association** [5] - 2:22, 4:20, 5:23, 11:18, 27:23
**assume** [1] - 33:4
**assure** [2] - 22:13, 38:23
**attempted** [1] - 15:5
**attempts** [2] - 8:17, 12:16
**attend** [1] - 18:23
**attentive** [1] - 26:11
**Attorney** [6] - 3:3, 6:4, 11:25, 12:1, 12:3, 28:4
**attorney** [5] - 5:16, 6:1, 11:13, 11:22, 27:25
**Attorney's** [2] - 3:2, 4:11
**attorney's** [1] - 4:23
**attorneys** [8] - 2:17, 5:15, 5:19, 12:18, 12:22, 27:15, 27:18, 38:6
**Attorneys** [4] - 3:4, 6:5, 8:1, 28:5
**aware** [10] - 5:3, 13:14, 13:19, 13:23, 19:6, 19:8, 20:24, 23:13, 30:7
**awkward** [1] - 32:19

## B

**background** [1] - 13:22
**Baltimore** [3] - 1:9, 1:25, 11:9
**bar** [5] - 2:21, 4:20, 5:22, 11:18, 27:22
**Barry** [2] - 1:21, 11:11
**based** [1] - 26:9
**basis** [2] - 35:23, 36:3
**bear** [1] - 15:9
**become** [2] - 20:12, 20:24
**began** [1] - 8:5
**begin** [1] - 8:2
**beginning** [1] - 13:21
**begins** [1] - 33:9
**behalf** [2] - 18:19, 33:7

**Behalf** [5] - 1:13, 1:15, 1:17, 1:19, 1:21
**best** [1] - 17:6
**Between** [2] - 2:1
**Bill** [5] - 5:15, 10:14, 15:2, 15:13, 27:16
**bind** [1] - 21:23
**bit** [1] - 21:8
**black** [5] - 3:16, 5:1, 6:7, 12:5, 28:7
**blank** [1] - 28:9
**blood** [28] - 2:12, 3:1, 3:6, 3:23, 4:4, 4:12, 4:15, 5:4, 5:11, 10:22, 11:4, 12:13, 15:19, 22:21, 22:23, 22:25, 23:18, 24:11, 24:13, 24:24, 27:3, 27:10, 28:12, 28:15, 30:8, 32:12, 33:15, 33:20
**bring** [2] - 32:7, 32:9
**brought** [6] - 18:13, 18:16, 18:18, 18:19, 31:7, 36:25
**business** [5] - 2:21, 4:19, 5:22, 11:17, 27:22

## C

**capital** [8] - 3:8, 3:10, 3:14, 19:7, 22:7, 33:15, 33:17, 33:18
**Capital** [2] - 3:11, 3:12
**care** [1] - 15:19
**careful** [3] - 3:20, 20:11
**case** [62] - 2:11, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 4:7, 5:10, 6:23, 7:4, 10:6, 11:3, 13:16, 13:18, 16:20, 17:24, 18:2, 18:14, 19:7, 19:17, 20:13, 25:18, 27:9, 29:23, 33:15, 33:16, 33:17, 33:18, 33:19, 34:13, 34:25, 37:1, 37:14, 38:6, 38:24
**CASE** [1] - 1:4
**Case** [2] - 11:8, 40:6
**cases** [1] - 23:14
**certain** [7] - 2:16, 4:9, 5:14, 7:9, 11:7, 27:13, 31:20
**Certainly** [2] - 6:13, 25:10
**certainly** [2] - 8:19, 16:3, 16:12
**CERTIFICATE** [1] - 40:1
**certificate** [1] - 20:23
**certify** [1] - 40:3

**chair** [1] - 22:9
**challenged** [1] - 3:18
**chance** [6] - 7:11, 7:15, 7:19, 9:14, 12:23, 14:19
**change** [2] - 19:4, 30:22
**changed** [1] - 35:23
**charge** [1] - 2:11
**charges** [8] - 4:3, 4:6, 5:10, 11:3, 11:8, 18:6, 27:9, 37:23
**check** [1] - 35:23
**choices** [3] - 36:19, 36:20, 36:24
**choose** [2] - 35:19, 35:22, 36:2
**chooses** [1] - 19:3
**chose** [1] - 18:23
**Christine** [5] - 1:14, 3:4, 6:5, 12:3, 28:5
**Circuit** [2] - 19:1, 35:1
**circumstances** [2] - 9:20, 23:23
**civil** [3] - 3:16, 4:25, 12:5
**civilian** [1] - 18:1
**claims** [1] - 13:21
**clarity** [1] - 7:21
**clean** [1] - 2:24
**clear** [5] - 7:16, 9:15, 18:20, 19:14, 22:16
**clearly** [1] - 7:21
**clerk's** [3] - 20:9, 20:12, 20:23
**client** [3] - 9:15, 15:13, 21:9
**clients** [3] - 14:20, 21:8, 21:22
**co** [1] - 6:16
**co-counsel** [1] - 6:16
**Coburn** [6] - 1:21, 6:13, 7:20, 9:5, 9:12, 10:17, 11:11, 15:24
**COBURN** [7] - 6:9, 6:14, 8:21, 8:25, 9:10, 15:18, 16:6
**codefendants** [1] - 8:7
**coercion** [7] - 2:7, 3:24, 5:5, 10:23, 27:4, 32:13, 36:1
**colloquy** [5] - 16:11, 25:25, 26:7, 33:2, 33:9
**Colloquy** [1] - 2:1
**colored** [4] - 5:1, 6:7, 12:5, 28:7
**coming** [2] - 19:11, 21:25
**comments** [1] - 21:7
**commercial** [5] - 2:23, 4:23, 5:17, 11:13, 27:16
**compelled** [1] - 11:6

**compels** [4] - 2:16, 4:9, 5:14, 31:20
**complaint** [12] - 2:9, 3:25, 4:1, 5:7, 5:8, 10:25, 11:1, 27:6, 30:20, 30:21, 32:14, 32:15, 35:17
**complete** [2] - 19:24, 20:5
**concern** [7] - 6:19, 6:20, 6:21, 7:2, 7:6, 16:9, 18:3
**concerned** [3] - 6:24, 15:22
**concerns** [1] - 26:6
**Conclusion** [1] - 39:7
**conditions** [6] - 2:16, 4:9, 5:14, 11:7, 27:14, 31:20
**conduct** [1] - 16:12
**confer** [3] - 10:10, 14:20, 21:13
**confident** [1] - 22:14
**Conflict** [1] - 37:18
**conflict** [13] - 2:24, 4:23, 4:24, 5:17, 5:24, 6:1, 11:14, 11:21, 27:17, 27:24, 28:1, 37:18, 37:19
**conflicted** [1] - 21:21
**confused** [1] - 20:12
**consent** [21] - 2:13, 4:5, 5:11, 11:4, 12:24, 24:4, 26:15, 27:10, 28:8, 28:22, 28:24, 29:4, 29:15, 29:18, 30:4, 30:13, 30:16, 30:23, 31:1, 31:17, 31:21
**consented** [1] - 24:3
**consequences** [1] - 36:20
**consider** [2] - 7:13, 10:10
**considerable** [1] - 36:19
**constant** [1] - 34:6
**constitute** [1] - 40:4
**Constitution** [6] - 2:19, 4:17, 5:20, 11:16, 27:19, 34:18
**context** [1] - 22:7
**continue** [2] - 30:3, 30:6
**contract** [13] - 2:15, 2:23, 4:7, 4:23, 5:13, 5:17, 5:24, 11:5, 11:21, 27:11, 27:16, 27:24, 31:18
**contracts** [2] - 11:13, 17:3
**convicted** [1] - 19:18

**conviction** [1] - 36:13
**convictions** [2] - 34:13, 34:24
**Cook** [1] - 25:6
**cooperate** [1] - 38:5
**copies** [2] - 20:9, 20:15
**copy** [4] - 19:25, 29:10, 33:4, 36:22
**correctly** [1] - 9:14
**Counsel** [1] - 2:3
**counsel** [25] - 5:25, 6:16, 8:17, 10:10, 10:11, 11:22, 13:14, 13:23, 13:25, 14:17, 14:19, 16:10, 21:7, 21:13, 21:20, 22:5, 22:15, 23:22, 23:24, 24:19, 37:12, 37:13, 38:13, 38:14, 39:6
**country** [1] - 21:22
**couple** [2] - 18:23, 22:5
**course** [4] - 19:2, 24:19, 31:22, 38:15
**COURT** [121] - 1:1, 2:3, 3:20, 6:13, 7:20, 7:25, 8:10, 8:14, 8:16, 8:23, 9:3, 9:8, 9:12, 9:19, 9:24, 10:3, 10:9, 10:17, 10:19, 12:7, 12:14, 12:21, 13:1, 13:3, 13:8, 13:13, 14:11, 14:25, 15:3, 15:14, 15:24, 16:10, 16:19, 16:22, 18:22, 19:22, 20:2, 21:5, 21:14, 22:13, 23:1, 23:6, 23:11, 23:20, 24:6, 24:14, 24:18, 24:25, 25:10, 26:8, 26:14, 26:17, 26:19, 26:22, 26:24, 27:1, 28:10, 28:13, 28:17, 28:19, 28:21, 29:1, 29:3, 29:8, 29:10, 29:12, 29:14, 29:17, 29:20, 29:23, 29:25, 30:3, 30:6, 30:9, 30:12, 30:15, 30:18, 30:22, 30:25, 31:3, 31:5, 31:7, 31:9, 31:12, 31:15, 31:22, 31:25, 32:2, 32:5, 32:9, 32:17, 33:1, 33:10, 33:13, 33:21, 33:25, 34:3, 34:5, 34:9, 34:19, 35:11, 35:13, 35:18, 36:2, 36:5, 36:7, 36:10, 36:12, 36:17, 37:3, 37:7, 37:12, 37:15, 37:21, 37:24, 38:3, 38:10, 38:18, 38:20, 39:2, 39:5
**Court** [52] - 2:2, 2:8, 2:10, 2:15, 2:20, 3:24,

4:2, 5:6, 5:9, 8:3, 8:17, 9:20, 10:24, 11:2, 11:24, 12:15, 12:16, 12:23, 13:14, 14:18, 17:2, 19:15, 21:18, 23:1, 23:3, 24:18, 27:8, 28:3, 28:17, 30:19, 31:19, 32:13, 33:8, 33:21, 33:22, 35:1, 35:3, 35:8, 35:22, 36:2, 36:5, 36:7, 36:10, 36:18, 36:20, 37:25, 38:11, 38:13, 40:14
**court** [30] - 3:18, 3:21, 4:6, 4:8, 5:2, 5:13, 7:25, 11:5, 11:6, 11:9, 20:7, 20:9, 21:12, 24:3, 24:4, 27:5, 27:12, 27:13, 29:6, 33:20, 34:2, 34:19, 34:24, 34:25, 36:16, 37:6, 38:19
**court's** [13] - 12:25, 28:9, 28:23, 28:24, 29:5, 29:16, 29:19, 30:5, 30:14, 30:17, 30:24, 31:2, 31:18
**Court's** [11] - 5:12, 18:3, 26:16, 27:11, 28:21, 29:3, 29:8, 29:14, 34:21, 35:4, 36:13
**courthouse** [2] - 31:7, 36:25
**Courthouse** [1] - 1:24
**courtroom** [22] - 8:6, 12:17, 17:17, 17:21, 18:6, 18:12, 26:1, 26:2, 26:13, 30:10, 30:15, 30:25, 31:13, 32:6, 32:16, 33:12, 34:6, 35:19, 35:21, 35:22, 37:8, 38:22
**courts** [4] - 4:18, 5:21, 11:17, 27:21
**Courts** [1] - 6:3
**criminal** [1] - 20:13
**CRIMINAL** [1] - 1:4
**critical** [1] - 17:23
**CROWE** [4] - 14:12, 14:16, 14:22, 33:7
**Crowe** [7] - 1:19, 4:14, 12:19, 14:25, 15:5, 21:16, 33:6

# D

**danger** [1] - 7:14
**dangerousness** [1] - 7:5
**date** [1] - 37:1
**dates** [1] - 21:25

**Davis** [2] - 1:11, 23:5
**days** [1] - 15:8
**deal** [3] - 3:19, 26:4, 26:5
**death** [4] - 7:1, 21:19, 38:6
**December** [7] - 31:3, 32:24, 32:25, 33:1, 37:1, 39:3, 39:6
**decide** [1] - 25:24
**decisionmaking** [1] - 16:9
**declined** [1] - 19:21
**deem** [1] - 13:10
**deeply** [1] - 15:19
**defend** [6] - 2:18, 4:16, 5:19, 11:15, 25:19, 27:18
**DEFENDANT** [153] - 2:5, 3:21, 5:2, 7:23, 7:24, 8:8, 8:9, 8:12, 8:15, 8:22, 9:2, 9:7, 9:17, 9:18, 9:22, 9:23, 10:1, 10:2, 10:7, 10:8, 10:12, 10:13, 10:14, 10:16, 10:18, 10:21, 12:8, 12:9, 12:10, 12:12, 12:19, 12:24, 13:2, 13:4, 14:6, 14:10, 14:15, 14:21, 15:1, 15:7, 15:12, 15:15, 16:14, 16:15, 16:17, 17:18, 18:8, 18:9, 21:9, 22:3, 22:12, 22:19, 22:20, 22:22, 22:24, 23:3, 23:7, 23:8, 23:9, 23:10, 23:15, 23:16, 23:17, 23:19, 23:25, 24:1, 24:2, 24:4, 24:8, 24:9, 24:10, 24:12, 24:17, 24:21, 24:22, 24:23, 25:2, 25:4, 26:15, 26:18, 26:21, 26:23, 26:25, 27:2, 28:11, 28:14, 28:18, 28:20, 28:22, 29:2, 29:4, 29:9, 29:11, 29:13, 29:15, 29:18, 29:22, 29:24, 30:2, 30:4, 30:7, 30:11, 30:13, 30:16, 30:19, 30:23, 31:1, 31:4, 31:6, 31:8, 31:11, 31:14, 31:17, 31:24, 32:1, 32:4, 32:8, 32:11, 33:14, 33:23, 34:1, 34:4, 34:8, 34:17, 35:10, 35:12, 35:15, 35:16, 35:25, 36:4, 36:6, 36:9, 36:11, 36:15, 37:2, 37:5, 37:10, 37:11, 37:13, 37:16, 37:17, 37:18, 37:22,

38:1, 38:2, 38:8, 38:9, 38:17, 38:19, 39:1, 39:4
**defendant** [28] - 8:8, 8:12, 9:21, 10:6, 12:10, 12:12, 13:5, 13:16, 15:13, 15:15, 16:13, 16:14, 16:15, 16:17, 17:9, 17:18, 19:2, 19:3, 23:14, 24:2, 26:2, 26:3, 33:20, 35:12, 35:25, 37:14, 38:7, 38:11
**Defendant** [6] - 1:15, 1:17, 1:19, 1:21, 26:13, 32:16
**defendants** [21] - 6:22, 7:7, 7:22, 8:11, 9:16, 9:24, 12:7, 13:20, 16:1, 16:24, 17:1, 17:2, 17:7, 17:8, 17:17, 18:23, 23:6, 23:24, 24:20, 32:21, 33:4
**Defendants** [3] - 1:6, 33:12, 36:8
**defense** [1] - 14:16
**delay** [1] - 22:5
**described** [1] - 18:25
**detail** [1] - 36:19
**determined** [1] - 23:11
**different** [1] - 21:4
**difficult** [1] - 17:15
**difficulty** [3] - 14:16, 14:17, 19:1
**dignity** [2] - 23:22, 23:23
**directly** [1] - 16:9
**discharge** [2] - 12:21, 37:25
**discovery** [1] - 25:19
**discretion** [1] - 6:10
**discussion** [2] - 26:19, 29:14
**dismiss** [5] - 2:10, 4:2, 5:9, 11:2, 27:8
**disrupt** [2] - 8:16, 38:18
**disruptions** [1] - 36:14
**disruptive** [5] - 18:4, 23:11, 23:20, 30:6, 34:6
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 6:3, 11:24, 28:3
**district** [1] - 11:9
**DIVISION** [1] - 1:2
**docketed** [3] - 20:16, 20:20
**documents** [4] - 20:4, 20:8, 20:13
**done** [2] - 17:4, 34:14
**down** [3] - 13:25, 16:11, 32:21
**due** [1] - 21:15
**duress** [7] - 2:7, 3:24,

5:5, 10:23, 27:4, 32:13, 36:1
  **during** [4] - 17:21, 18:5, 25:15, 37:8

## E

**Earl** [2] - 10:22, 11:3
**easy** [1] - 26:4
**echo** [2] - 15:4, 15:10
**Edward** [8] - 2:6, 2:11, 2:25, 3:5, 13:7, 22:24, 23:4, 25:2
**effective** [2] - 14:8, 15:11
**Eighth** [1] - 22:10
**either** [1] - 7:14
**Either** [1] - 21:24
**empowered** [1] - 34:19
**empty** [1] - 22:9
**end** [2] - 6:23, 25:24
**enforcement** [1] - 17:25
**engage** [1] - 26:19
**English** [1] - 3:9
**enter** [2] - 33:12, 38:21
**entered** [1] - 7:25
**enters** [1] - 26:13
**especially** [1] - 18:3
**Esquire** [10] - 1:13, 1:14, 1:15, 1:16, 1:17, 1:18, 1:19, 1:20, 1:21, 1:22
**essentially** [1] - 17:13
**et** [1] - 40:6
**ET** [1] - 1:5
**evidentiary** [2] - 2:4, 8:2
**exact** [1] - 23:5
**exactly** [3] - 6:18, 22:6, 22:15
**excerpt** [1] - 40:4
**Excerpt** [1] - 25:6
**Excerpts** [1] - 1:8
**expect** [1] - 25:12
**experience** [1] - 17:5
**explain** [1] - 36:18
**explanation** [2] - 13:11
**explicitly** [1] - 9:13
**extent** [2] - 6:20, 6:22
**extremely** [6] - 6:16, 6:19, 6:24, 7:14, 15:22

## F

**face** [1] - 3:7
**fact** [5] - 5:25, 11:22, 16:8, 20:21, 27:25
**factor** [1] - 7:3

**fair** [1] - 32:3
**far** [2] - 9:19, 34:14
**Faretta** [6] - 14:9, 14:14, 15:21, 16:11, 16:25, 24:15
**fast** [1] - 25:17
**favor** [4] - 6:25, 34:21, 34:22, 34:23
**federal** [4] - 4:18, 5:21, 11:17, 27:21
**feet** [1] - 9:15
**few** [3] - 9:6, 15:8, 33:8
**figure** [2] - 20:4, 21:5
**file** [3] - 19:18, 20:7, 20:9
**filed** [11] - 13:17, 16:1, 16:2, 16:3, 16:24, 20:6, 20:15, 20:19, 20:25
**filing** [1] - 34:14
**fire** [2] - 38:4, 38:16
**fired** [14] - 2:18, 3:6, 4:12, 4:16, 5:16, 6:6, 10:15, 11:12, 12:1, 12:2, 12:4, 12:19, 27:16, 28:6
**first** [2] - 2:4, 39:1
**five** [1] - 20:4
**flesh** [28] - 2:12, 3:1, 3:6, 3:23, 4:3, 4:12, 4:15, 5:4, 5:11, 10:22, 11:3, 12:12, 15:18, 22:21, 22:23, 22:25, 23:18, 24:11, 24:13, 24:24, 27:3, 27:10, 28:12, 28:15, 30:7, 32:12, 33:15, 33:19
**followed** [1] - 18:25
**foolish** [2] - 38:4, 38:5
**FOR** [1] - 1:1
**force** [2] - 12:16, 23:23
**foregoing** [1] - 40:3
**forward** [5] - 21:25, 22:8, 35:14, 38:24, 38:25
**Fourth** [2] - 19:1, 35:1
**Frankly** [2] - 20:3, 22:16
**frankly** [4] - 20:10, 20:23, 21:21, 32:17
**free** [2] - 2:24, 30:22
**fruit** [1] - 15:9
**full** [1] - 21:18
**fully** [3] - 13:14, 34:10, 34:19
**future** [2] - 9:19, 10:5

## G

**Gardner** [20] - 1:21, 2:2, 6:10, 6:21, 7:12, 8:19, 9:3, 9:9, 10:22, 11:3, 15:18, 24:16, 26:11,

29:17, 29:21, 32:20, 33:3, 36:17, 36:21
**GARDNER** [2] - 9:2, 10:21
**general** [6] - 2:7, 3:24, 5:6, 10:24, 13:22, 32:13
**Gerald** [2] - 10:14, 15:1
**Gerard** [4] - 1:17, 5:15, 15:12, 27:15
**given** [7] - 13:6, 18:3, 18:10, 19:3, 22:10, 23:5, 37:3
**glad** [1] - 13:24
**God** [2] - 13:6, 23:5
**God-given** [1] - 13:6
**government** [9] - 6:24, 7:7, 10:4, 16:19, 25:19, 34:22, 34:23, 35:2
**Government** [1] - 1:13
**government's** [1] - 17:16
**grab** [1] - 8:4
**grabs** [1] - 6:11
**grammar** [1] - 3:9
**grateful** [1] - 8:25
**grave** [1] - 7:14
**guards** [1] - 7:6
**guess** [2] - 19:11, 20:4

## H

**hand** [2] - 3:19, 20:14
**hands** [2] - 2:25, 19:11
**HARDING** [1] - 32:24
**Harding** [9] - 1:13, 3:4, 4:13, 6:5, 8:3, 12:2, 22:15, 28:5, 33:1
**HARRIS** [50] - 5:2, 10:14, 15:1, 15:7, 15:12, 15:15, 22:22, 24:12, 24:23, 25:4, 26:15, 26:18, 26:21, 26:23, 26:25, 27:2, 28:11, 28:14, 28:18, 28:20, 28:22, 29:2, 29:4, 29:9, 29:11, 29:13, 29:15, 29:18, 29:22, 29:24, 30:2, 30:4, 30:7, 30:11, 30:13, 30:16, 30:19, 30:23, 31:1, 31:4, 31:6, 31:8, 31:11, 31:14, 31:17, 31:24, 32:1, 32:4, 32:8, 32:11
**Harris** [21] - 1:17, 5:4, 5:10, 15:6, 22:18, 22:22, 24:13, 24:24, 25:1, 25:4, 26:13, 26:14, 27:3, 27:9, 28:10, 28:12, 28:15, 32:6, 32:11, 32:16, 33:5

**hear** [6] - 6:11, 7:15, 8:23, 8:24, 9:12, 13:24
**heard** [5] - 6:9, 8:4, 8:7, 14:1, 16:20
**hearing** [1] - 18:20
**heart** [1] - 32:23
**hereby** [1] - 40:3
**hereunto** [1] - 40:8
**himself** [4] - 3:3, 6:4, 28:4, 38:10
**hold** [2] - 15:23, 26:10
**holding** [1] - 20:14
**honesty** [1] - 32:18
**Honor** [21] - 6:9, 6:10, 6:11, 6:15, 7:14, 7:18, 9:1, 9:10, 14:2, 14:12, 15:4, 16:6, 16:8, 16:23, 19:8, 19:23, 22:7, 25:8, 25:16, 26:7
**Honorable** [1] - 1:11
**hope** [1] - 26:10
**hours** [6] - 14:19, 20:18, 21:16, 22:1, 22:6
**husher** [1] - 9:6

## I

**identical** [1] - 16:1
**identifications** [2] - 17:22, 18:2
**immediately** [2] - 7:18, 7:25
**important** [2] - 18:13, 29:25
**impossible** [1] - 25:20
**improved** [1] - 22:17
**IN** [1] - 1:1
**inability** [1] - 21:13
**Inaudible** [5] - 25:11, 33:24, 36:8, 36:11, 39:4
**inaudible** [1] - 15:25
**incarceration** [1] - 7:5
**including** [2] - 4:12, 35:20
**incompetent** [1] - 2:25
**indeed** [1] - 13:15
**indictment** [1] - 3:8
**individual** [1] - 16:9
**individually** [1] - 24:19
**individuals** [3] - 18:4, 18:6, 19:11
**information** [1] - 29:20
**inmates** [1] - 7:6
**inquiry** [4] - 19:1, 23:21, 24:15, 24:16
**inserted** [1] - 25:6
**Inserted** [1] - 2:1
**insight** [2] - 16:5, 16:7
**insists** [1] - 38:10

**instance** [2] - 17:7
**insure** [1] - 19:2
**intelligently** [1] - 38:12
**intensive** [1] - 16:12
**intention** [2] - 8:14, 12:15
**interest** [13] - 2:24, 4:24, 5:18, 5:24, 6:1, 11:14, 11:21, 27:17, 27:24, 28:1, 37:18, 37:19, 37:20
**Internet** [1] - 19:10
**interrupt** [1] - 12:15
**interruptions** [1] - 34:6
**invite** [1] - 13:9
**invoke** [1] - 34:20
**issue** [5] - 3:19, 7:3, 17:1, 17:22, 18:2
**issues** [5] - 8:2, 17:21, 35:2, 36:12

## J

**jail** [1] - 19:11
**James** [1] - 1:20
**Jim** [1] - 4:14
**join** [2] - 15:21, 19:5
**joined** [1] - 22:14
**Jr** [1] - 27:3
**Judge** [13] - 1:11, 13:16, 13:19, 16:20, 16:25, 17:5, 17:6, 17:23, 18:5, 19:4, 19:14, 21:6, 32:24
**Junior** [9] - 5:4, 5:11, 22:23, 24:13, 24:24, 25:5, 27:9, 28:12, 28:15
**jurisdiction** [11] - 2:8, 3:18, 3:25, 5:7, 10:25, 19:17, 21:3, 27:5, 30:20, 32:14, 35:5
**jury** [3] - 6:25, 7:4, 18:15

## K

**Kanwisher** [5] - 1:18, 5:15, 10:14, 15:2, 27:16
**Kanwisher's** [1] - 15:13
**keep** [1] - 13:4
**kinds** [1] - 22:10
**knock** [1] - 3:20
**knowingly** [2] - 17:13, 38:12
**knowledge** [1] - 13:22
**knows** [2] - 6:15, 15:19
**Kurland** [4] - 1:22, 7:11, 9:8, 11:11

## L

**labor** [1] - 16:11
**lack** [18] - 2:8, 2:9, 3:25, 4:1, 5:7, 7:5, 10:25, 27:5, 27:6, 30:20, 32:14, 32:15, 35:5, 35:16, 35:17
**lacks** [7] - 2:8, 3:24, 5:6, 10:24, 27:5, 30:19, 32:13
**last** [5] - 13:19, 15:8, 20:18, 21:1
**Laura** - 1:16
**law** [4] - 17:24, 17:25, 38:5, 38:6
**lawyers** [5] - 6:17, 13:8, 37:25, 38:4, 38:16
**leapt** [1] - 9:14
**least** [4] - 7:16, 8:10, 15:10, 15:24
**leaves** - 32:16
**lectern** [2] - 10:20, 13:9
**Lee** [11] - 5:4, 5:10, 22:22, 24:12, 24:23, 25:4, 27:3, 27:9, 28:11, 28:15, 32:11
**legal** [1] - 25:17
**letters** [1] - 3:8
**life** [3] - 7:1, 21:22, 22:11
**likelihood** [1] - 32:2
**likely** [1] - 7:3
**line** [1] - 13:25
**listen** [4] - 25:17, 26:22, 33:21, 33:22
**litigation** [1] - 22:7
**live** [28] - 2:12, 3:1, 3:5, 3:22, 4:3, 4:12, 4:15, 5:4, 5:11, 10:22, 11:3, 12:12, 15:18, 22:21, 22:23, 22:25, 23:18, 24:11, 24:13, 24:24, 27:3, 27:10, 28:12, 28:15, 30:7, 32:11, 33:15, 33:19
**located** [1] - 11:9
**lock** [1] - 14:22
**lock-up** [1] - 14:22
**lockup** [2] - 18:24, 37:8
**Lombard** [2] - 1:24, 11:9
**looking** [1] - 22:8
**looks** [1] - 20:8
**lower** [36] - 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 33:15, 33:16, 33:17, 33:18, 33:19

## M

**major** [1] - 18:2
**man** [29] - 2:12, 3:1, 3:6, 3:7, 3:23, 4:4, 4:12, 4:16, 5:4, 5:11, 10:22, 11:4, 12:13, 15:19, 22:21, 22:23, 22:25, 23:18, 24:11, 24:13, 24:24, 27:3, 27:10, 28:12, 28:16, 30:8, 32:12, 33:15, 33:20
**manner** [1] - 25:22
**Manuelian** [13] - 1:14, 3:4, 4:13, 6:5, 8:3, 12:3, 16:20, 19:6, 21:15, 21:19, 22:14, 23:13, 28:5
**MANUELIAN** [10] - 16:21, 16:23, 17:12, 17:20, 18:10, 19:8, 19:23, 21:1, 21:6, 21:11
**marshal's** [2] - 14:22, 24:25
**marshals** [3] - 18:11, 24:6, 24:20
**Marshals** [1] - 32:5
**MARTIN** [10] - 3:21, 12:19, 15:4, 15:8, 15:16, 22:20, 23:17, 24:10, 25:8, 25:11
**Martin** [27] - 1:17, 1:19, 3:22, 4:3, 4:11, 4:15, 5:15, 10:14, 14:25, 15:1, 15:12, 22:18, 22:21, 23:18, 24:7, 24:11, 25:1, 25:10, 26:8, 27:15, 32:9, 32:23, 33:7, 33:12, 33:13, 33:14, 33:18
**Mary** [3] - 1:23, 40:3, 40:13
**MARYLAND** [1] - 1:1
**Maryland** [13] - 1:9, 1:25, 2:19, 2:21, 4:17, 4:19, 5:19, 5:22, 11:10, 11:15, 11:18, 27:19, 27:22
**matter** [27] - 2:8, 3:18, 3:25, 5:6, 5:25, 8:13, 10:24, 11:22, 12:11, 13:5, 15:13, 15:15, 16:16, 16:18, 17:10, 17:19, 19:16, 21:2, 21:10, 27:5, 27:25, 30:19, 32:14, 35:12, 37:14, 40:5
**matters** [1] - 2:4
**mean** [2] - 15:17, 26:24
**meaning** [1] - 3:16
**mentioned** [1] - 23:13

**microphone** [2] - 6:12, 8:5
**might** [3] - 17:15, 19:25, 26:2
**mind** [5] - 19:4, 30:22, 32:6, 35:24, 38:12
**minutes** [1] - 33:8
**MITCHELL** [8] - 1:5, 2:5, 13:4, 22:3, 22:12, 22:24, 23:3, 25:2
**Mitchell** [22] - 1:15, 2:6, 2:11, 3:1, 3:5, 8:4, 8:7, 13:7, 14:5, 15:16, 22:1, 22:17, 22:24, 23:2, 23:4, 24:7, 25:1, 25:3, 32:9, 33:12, 40:6
**Mitchell's** [1] - 22:11
**mitigating** [1] - 7:3
**mitigator** [1] - 7:8
**moment** [1] - 6:20
**moments** [1] - 9:6
**morning** [5] - 2:3, 13:15, 18:4, 34:12, 34:15
**most** [1] - 18:17
**mother** [1] - 25:23
**motion** [8] - 2:10, 4:2, 11:2, 16:24, 19:21, 19:24, 21:2
**motions** [8] - 5:9, 16:2, 19:9, 27:8, 34:11, 34:14, 36:7, 36:10
**Motz** [9] - 13:16, 13:19, 16:25, 17:5, 17:6, 17:23, 18:5, 19:4, 19:14
**Motz's** [1] - 16:20
**move** [2] - 2:4, 21:25
**MR** [21] - 6:9, 6:14, 8:21, 8:25, 9:10, 14:2, 14:7, 14:12, 14:16, 14:22, 15:4, 15:8, 15:16, 15:18, 16:6, 21:15, 22:4, 25:8, 25:11, 32:24, 33:7
**MS** [10] - 16:21, 16:23, 17:12, 17:20, 18:10, 19:8, 19:23, 21:1, 21:6, 21:11
**must** [4] - 3:19, 19:1, 35:7

## N

**name** [8] - 3:9, 13:6, 22:20, 22:22, 22:24, 23:5, 28:11
**nature** [1] - 19:21
**near** [1] - 26:11
**necessary** [1] - 13:10
**need** [7] - 10:19, 17:14, 19:12, 21:12, 29:25,

37:13, 38:3
**Negro** [5] - 3:17, 5:1, 6:7, 12:6, 28:7
**never** [2] - 7:21, 26:4
**new** [1] - 23:12
**next** [3] - 25:25, 33:4, 37:1
**NO** [1] - 1:4
**nobody** [1] - 17:2
**non** [1] - 13:11
**non-explanation** [1] - 13:11
**none** [2] - 3:17, 29:6
**NORTHERN** [1] - 1:2
**noted** [2] - 12:14, 15:3
**nothing** [2] - 29:5, 29:6
**notify** [1] - 24:25
**November** [2] - 1:9, 40:6
**number** [1] - 15:6
**Number** [1] - 11:8
**Number(s** [1] - 40:6

## O

**oath** [20] - 2:10, 2:19, 2:20, 2:21, 4:1, 4:18, 4:20, 5:8, 5:21, 6:2, 11:1, 11:17, 11:18, 11:23, 27:7, 27:21, 28:1, 30:21, 32:15, 35:17
**Object** [1] - 24:21
**object** [130] - 2:5, 3:21, 5:2, 7:23, 7:24, 8:8, 8:9, 8:12, 8:15, 8:22, 9:2, 9:4, 9:7, 9:17, 9:18, 9:22, 9:23, 10:1, 10:2, 10:7, 10:8, 10:12, 10:13, 10:16, 10:18, 10:21, 12:8, 12:9, 12:10, 12:19, 13:2, 13:4, 14:6, 14:10, 14:15, 14:21, 15:1, 15:7, 16:14, 16:15, 16:17, 17:9, 17:11, 17:18, 18:8, 18:9, 21:9, 21:11, 22:3, 22:12, 22:19, 22:20, 23:7, 23:8, 23:9, 23:10, 23:15, 23:16, 23:17, 23:19, 23:25, 24:1, 24:2, 24:8, 24:9, 24:10, 24:17, 24:22, 25:2, 25:4, 26:18, 26:21, 26:23, 26:25, 28:11, 28:18, 28:20, 29:2, 29:9, 29:11, 29:13, 29:22, 29:24, 30:2, 30:11, 31:4, 31:6, 31:8, 31:11, 31:14, 31:24, 32:1, 32:4, 32:8, 33:14, 33:23, 34:1, 34:4, 34:8,

34:17, 35:8, 35:10, 35:15, 35:16, 35:25, 36:4, 36:9, 36:11, 36:15, 37:2, 37:5, 37:10, 37:11, 37:13, 37:16, 37:17, 37:22, 38:1, 38:2, 38:8, 38:9, 38:17, 38:19, 39:1, 39:4
**objecting** [1] - 21:2
**objection** [2] - 25:17, 35:13
**objections** [6] - 8:17, 12:14, 34:10, 34:11, 34:15, 35:4
**observation** [1] - 16:8
**observed** [1] - 26:9
**obviously** [2] - 6:21, 17:4, 17:16
**Obviously** [1] - 18:3
**occasions** [1] - 15:6
**OF** [2] - 1:1, 1:3
**office** [2] - 20:12, 20:23, 24:25
**Office** [2] - 3:3, 4:11
**Official** [1] - 40:14
**omission** [3] - 4:22, 5:23, 27:23
**omissions** [1] - 2:23
**One** [1] - 15:25
**one** [7] - 7:2, 16:13, 17:6, 21:24, 35:8, 36:8
**opportunities** [1] - 19:4
**opportunity** [9] - 8:4, 9:1, 9:8, 13:25, 16:19, 18:10, 19:19, 31:9, 36:3
**opposed** [1] - 7:1
**option** [1] - 37:3
**oral** [1] - 34:11
**ordain** [1] - 25:14
**order** [2] - 35:7, 36:20
**originals** [4] - 20:14, 20:15, 20:22
**outside** [1] - 31:16
**overtone** [1] - 22:10
**owe** [1] - 12:18
**own** [11] - 2:10, 2:22, 4:2, 4:22, 5:9, 5:23, 11:2, 11:20, 18:19, 27:8, 27:23

## P

**pack** [1] - 19:25
**page** [2] - 19:24, 21:2
**pages** [1] - 40:4
**panel** [1] - 18:16
**papers** [2] - 13:17
**parole** [1] - 7:1
**part** [3] - 10:3, 18:21,

33:3
**participating** [1] - 19:15
**pat** [1] - 32:21
**Pause** [3] - 9:11, 13:12, 33:11
**penalty** [5] - 6:24, 21:19, 22:9, 38:6
**people** [1] - 8:6
**perfect** [1] - 7:21
**perform** [5] - 2:16, 5:14, 11:7, 27:13, 31:20
**perhaps** [2] - 14:19, 25:23
**permit** [4] - 28:17, 36:14, 36:18, 38:13
**permitted** [1] - 10:5
**phase** [2] - 6:24, 22:9
**phenomenon** [3] - 13:15, 13:22, 23:13
**pickle** [1] - 26:1
**pitchers** [1] - 3:20
**play** [1] - 32:22
**plays** [1] - 16:9
**pleadings** [1] - 16:2
**plenty** [1] - 21:21
**plow** [1] - 21:18
**point** [6] - 10:20, 14:3, 14:24, 17:15, 18:7, 37:24
**Point** [1] - 28:9
**polite** [1] - 36:17
**position** [3] - 15:23, 17:16, 21:20
**possibly** [1] - 7:9
**practice** [1] - 32:18
**pre** [1] - 25:14
**pre-ordain** [1] - 25:14
**prepare** [1] - 33:2
**prepared** [1] - 16:4
**preparing** [1] - 14:17
**present** [2] - 4:13, 19:3
**preserve** [3] - 19:12, 34:16, 35:8
**preserved** [3] - 34:10, 35:6, 35:13
**pretty** [3] - 32:17, 32:21, 33:5
**principles** [1] - 34:20
**prison** [1] - 7:6
**pro** [8] - 2:8, 3:24, 5:6, 10:24, 20:8, 20:13, 27:5, 32:13
**problem** [3] - 21:17, 22:5, 38:15
**problems** [1] - 22:10
**procedure** [1] - 18:25
**proceed** [4] - 12:23, 23:21, 36:24, 38:23
**proceeding** [6] - 6:23, 7:18, 16:11, 17:14,

18:21, 31:18
**Proceedings** [2] - 2:1, 39:7
**proceedings** [57] - 2:13, 2:14, 3:19, 3:21, 4:6, 5:3, 5:12, 8:16, 9:11, 10:5, 11:5, 12:25, 13:12, 14:19, 15:23, 16:13, 17:21, 18:5, 18:13, 18:17, 19:5, 19:15, 19:20, 23:23, 24:3, 24:5, 25:15, 26:16, 27:11, 28:9, 28:23, 28:25, 29:5, 29:7, 29:16, 29:19, 30:5, 30:14, 30:17, 30:24, 31:2, 31:5, 33:11, 34:2, 34:7, 35:4, 35:6, 35:14, 35:20, 36:14, 36:16, 37:1, 37:6, 37:9, 38:18, 38:19, 40:4
**processor** [1] - 16:4
**Professor** [1] - 7:11
**proper** [1] - 3:9
**propose** [1] - 7:10
**prosecution** [1] - 11:19
**prosecutor** [1] - 2:22
**prosecutors** [1] - 4:21
**provide** [1] - 29:8
**provided** [1] - 29:20
**provisions** [1] - 18:12
**prudent** [1] - 14:3
**put** [1] - 32:19
**puts** [1] - 21:23
**Pyne** [3] - 1:20, 4:14, 33:7

**Q**

**Quite** [1] - 21:20
**quite** [2] - 9:14, 22:17

**R**

**raise** [2] - 19:16, 36:12
**raised** [1] - 21:19
**rather** [2] - 31:15, 37:8
**read** [2] - 36:22, 36:23
**reading** [1] - 32:20
**ready** [3] - 14:4, 14:9, 25:1
**real** [1] - 23:22
**realize** [2] - 26:17, 27:1
**really** [2] - 26:1, 32:23
**reason** [1] - 35:7
**receive** [1] - 32:2
**received** [5] - 15:24, 19:23, 20:18, 21:1, 21:3
**recently** [1] - 6:16

**recess** [1] - 21:12
**recognized** [1] - 7:21
**record** [33] - 2:6, 2:17, 3:2, 3:22, 4:10, 4:14, 4:25, 5:3, 6:7, 7:21, 9:3, 10:4, 10:21, 11:11, 12:14, 15:17, 17:6, 17:8, 17:12, 18:14, 19:13, 21:13, 26:15, 27:2, 27:15, 28:7, 34:10, 34:11, 34:12, 34:15, 35:6, 35:8, 35:14
**redundancy** [1] - 20:2
**reflect** [2] - 7:21, 9:3
**regular** [3] - 19:4, 35:23, 36:3
**relates** [1] - 7:2
**remain** [6] - 30:15, 31:12, 31:15, 34:5, 37:7, 37:8
**remarks** [1] - 8:1
**remove** [4] - 12:17, 24:7, 24:20, 32:6
**removed** [1] - 30:9
**repeat** [1] - 15:14
**repeated** [1] - 36:14
**repeatedly** [1] - 19:14
**Reporter** [1] - 40:14
**REPORTER'S** [1] - 40:1
**represent** [15] - 2:24, 2:25, 3:5, 4:11, 4:15, 4:24, 5:16, 6:6, 6:21, 11:12, 14:4, 17:1, 17:3, 28:6, 37:15
**representation** [2] - 14:8, 14:14
**representing** [3] - 22:9, 38:10, 38:21
**represents** [3] - 12:1, 12:2, 12:4
**request** [2] - 6:9, 6:11
**requests** [1] - 16:2
**resolve** [1] - 21:17
**respect** [8] - 7:4, 7:13, 15:21, 17:12, 17:22, 21:6, 21:7, 21:15
**respectful** [2] - 26:11, 36:18
**respond** [5] - 5:18, 8:4, 11:14, 27:17, 39:5
**rest** [1] - 22:4
**return** [1] - 30:25
**review** [2] - 34:20, 34:24
**Rhodes** [4] - 1:16, 2:17, 13:9, 14:4
**rights** [2] - 34:16, 34:17
**Robert** [5] - 1:13, 3:4, 6:5, 12:2, 28:5
**Rod** [1] - 11:25

**Rodstein** [1] - 11:25
**rogue** [1] - 19:9
**Room** [1] - 1:24
**RPR** [1] - 1:23
**ruled** [2] - 36:7, 36:10
**rulings** [2] - 9:20, 34:21

**S**

**satisfied** [1] - 38:11
**save** [1] - 21:22
**saw** [1] - 8:4
**scheduled** [1] - 21:25
**se** [7] - 2:8, 5:6, 10:24, 20:8, 20:13, 27:5, 32:13
**searching** [1] - 19:2
**seated** [1] - 2:3
**see** [8] - 8:18, 9:24, 13:21, 20:23, 25:23, 26:12, 35:23, 39:2
**seeing** [1] - 18:4
**seek** [1] - 6:25
**seeking** [2] - 22:11
**seem** [3] - 19:25, 23:11, 32:21
**selected** [2] - 18:15, 18:17
**self** [2] - 14:8, 14:14
**self-representation** [2] - 14:8, 14:14
**send** [1] - 36:21
**sense** [1] - 7:17
**sensitive** [1] - 26:9
**sent** [4] - 5:16, 11:12, 11:21, 27:16
**separate** [1] - 20:4
**serious** [1] - 6:19
**seriously** [2] - 10:10, 31:22
**servant** [3] - 3:16, 4:25, 12:5
**service** [1] - 20:24
**set** [2] - 19:20, 20:5
**Sharon** [2] - 25:6, 33:2
**Shawn** [4] - 1:21, 2:2, 10:22, 11:3
**Shelley** [10] - 1:19, 3:22, 4:3, 4:11, 4:15, 22:20, 23:18, 24:11, 33:14, 33:15
**Shelton** [12] - 1:17, 5:4, 5:10, 22:22, 24:12, 24:23, 25:4, 27:3, 27:9, 28:11, 28:15, 32:11
**short** [1] - 34:3
**shows** [1] - 3:7
**sic** [1] - 11:25
**sign** [5] - 4:7, 5:12, 11:5, 27:11, 31:18

**signature** [1] - 40:9
**signed** [1] - 2:14
**signing** [6] - 2:23, 4:22, 5:23, 11:20, 17:3, 27:23
**similar** [2] - 13:17, 18:22
**simply** [1] - 12:16
**sister** [1] - 25:23
**situation** [1] - 18:22
**solution** [1] - 25:12
**sometimes** [1] - 20:11
**somewhat** [2] - 18:22, 20:12
**sorry** [1] - 8:23
**sort** [1] - 21:12
**sorts** [1] - 13:20
**sought** [1] - 34:20
**speaking** [1] - 8:6
**special** [6] - 2:6, 3:23, 5:5, 22:25, 27:4, 32:12
**specifically** [1] - 7:2
**speed** [1] - 21:18
**spelled** [1] - 3:9
**spirit** [1] - 22:14
**spoken** [3] - 6:1, 11:23, 27:25
**stamp** [1] - 20:9
**stand** [1] - 14:4
**start** [3] - 18:14, 24:14, 24:16
**state** [3] - 9:13, 9:14, 28:15
**State** [5] - 2:21, 4:19, 5:22, 11:17, 27:22
**State's** [1] - 11:25
**statement** [1] - 13:10
**statements** [2] - 10:3, 10:5
**STATES** [2] - 1:1, 1:3
**States** [24] - 2:18, 3:2, 3:3, 4:10, 4:17, 5:19, 6:3, 6:4, 6:5, 8:1, 11:15, 11:24, 12:1, 12:3, 27:19, 28:2, 28:3, 28:4, 28:5, 34:25, 35:3
**stay** [1] - 24:19
**still** [1] - 20:22
**stop** [1] - 3:19
**Street** [2] - 1:24, 11:9
**strenuously** [1] - 7:4
**strikes** [1] - 15:25
**striving** [1] - 6:17
**stuck** [1] - 25:18
**subject** [14] - 2:8, 3:18, 3:25, 5:6, 9:19, 10:23, 10:24, 18:6, 19:16, 21:2, 27:5, 30:19, 32:14, 34:24
**successful** [1] - 14:23
**sufficient** [2] - 21:17,

34:15
**suggest** [2] - 14:18, 21:18
**SULLIVAN** [4] - 14:2, 14:7, 21:15, 22:4
**Sullivan** [10] - 1:15, 2:17, 13:9, 13:13, 13:24, 14:12, 15:4, 15:17, 21:14, 22:13
**Supermax** [1] - 25:12
**support** [3] - 6:2, 11:23, 28:2
**Supreme** [1] - 35:3
**surety** [1] - 3:8
**suspect** [2] - 13:22, 24:15
**swore** [1] - 5:20
**sworn** [22] - 2:9, 2:19, 2:20, 2:21, 4:1, 4:17, 4:18, 4:20, 5:8, 5:21, 6:2, 11:1, 11:16, 11:18, 11:23, 27:6, 27:19, 27:21, 28:1, 30:21, 32:15

## T

**table** [1] - 8:5
**tape** [1] - 32:22
**task** [1] - 25:20
**terms** [7] - 2:16, 4:9, 5:14, 11:7, 17:6, 27:13, 31:20
**terrible** [3] - 21:20, 21:23
**terribly** [1] - 21:21
**testify** [1] - 18:19
**THE** [122] - 1:1, 1:1, 2:3, 3:20, 6:13, 7:20, 7:25, 8:10, 8:14, 8:16, 8:23, 9:3, 9:8, 9:12, 9:19, 9:24, 10:3, 10:9, 10:17, 10:19, 12:7, 12:14, 12:21, 13:1, 13:3, 13:8, 13:13, 14:11, 14:25, 15:3, 15:14, 15:24, 16:10, 16:19, 16:22, 18:22, 19:22, 20:2, 21:5, 21:14, 22:13, 23:1, 23:6, 23:11, 23:20, 24:6, 24:14, 24:18, 24:25, 25:10, 26:8, 26:14, 26:17, 26:19, 26:22, 26:24, 27:1, 28:10, 28:13, 28:17, 28:19, 28:21, 29:1, 29:3, 29:8, 29:10, 29:12, 29:14, 29:17, 29:20, 29:23, 29:25, 30:3, 30:6, 30:9, 30:12, 30:15, 30:18,

30:22, 30:25, 31:3, 31:5, 31:7, 31:9, 31:12, 31:15, 31:22, 31:25, 32:2, 32:5, 32:9, 32:17, 33:1, 33:10, 33:13, 33:21, 33:25, 34:3, 34:5, 34:9, 34:19, 35:11, 35:13, 35:18, 36:2, 36:5, 36:7, 36:10, 36:12, 36:17, 37:3, 37:7, 37:12, 37:15, 37:21, 37:24, 38:3, 38:10, 38:18, 38:20, 39:2, 39:5
**themselves** [3] - 9:25, 17:1, 17:14
**thereafter** [1] - 18:18
**Therefore** [4] - 5:18, 11:14, 27:18, 31:20
**they've** [1] - 20:24
**thicker** [1] - 19:25
**thinks** [4] - 4:11, 11:25, 12:2, 12:3
**Third** [9] - 2:6, 2:12, 3:1, 3:5, 3:14, 13:7, 22:25, 23:4, 25:3
**Thomas** [3] - 1:19, 4:14, 12:19
**thorough** [1] - 19:2
**threat** [1] - 10:23
**threats** [6] - 2:7, 3:23, 5:5, 27:4, 32:12, 36:1
**three** [4] - 8:11, 21:16, 24:20, 26:10
**throughout** [1] - 21:22
**Timothy** [1] - 1:15
**today** [5] - 4:13, 8:3, 21:24, 22:6, 36:23
**together** [2] - 32:10, 32:19
**tolerated** [1] - 34:10
**track** [1] - 25:17
**transcribed** [1] - 40:5
**transcript** [6] - 25:6, 29:12, 33:2, 36:21, 36:22, 40:4
**trial** [5] - 8:5, 14:17, 18:24, 32:3, 35:20
**tried** [1] - 13:20
**true** [2] - 38:4
**truly** [1] - 15:5
**try** [4] - 7:7, 9:15, 15:10, 25:22
**trying** [1] - 13:8
**turn** [2] - 9:5, 24:15
**twist** [1] - 23:12
**two** [10] - 13:20, 14:19, 17:7, 19:23, 20:15, 21:2, 21:16, 22:1, 33:4, 38:15

## U

**U.S** [1] - 1:24
**under** [25] - 2:7, 2:9, 3:23, 4:1, 4:9, 5:5, 5:8, 9:20, 10:23, 11:1, 11:7, 14:8, 14:14, 23:23, 27:4, 27:6, 30:21, 32:12, 32:15, 34:17, 35:17, 36:1, 38:5
**undermines** [1] - 31:23
**understandably** [1] - 20:12
**UNITED** [2] - 1:1, 1:3
**United** [24] - 2:18, 3:2, 3:3, 4:10, 4:17, 5:19, 6:2, 6:3, 6:4, 6:5, 8:1, 11:15, 11:24, 12:1, 12:3, 27:19, 28:2, 28:4, 28:5, 34:25, 35:3
**up** [6] - 6:23, 14:22, 19:20, 21:25, 25:14, 34:5
**uphold** [5] - 2:19, 4:17, 5:20, 11:16, 27:20
**urge** [1] - 7:4
**USA** [1] - 40:5

## V

**verbally** [2] - 23:12, 23:20
**verdict** [3] - 13:20, 18:20, 19:17
**verified** [16] - 2:9, 3:25, 4:1, 5:7, 5:8, 10:25, 27:6, 30:20, 32:14, 32:15, 35:16, 35:17
**video** [1] - 18:24
**view** [2] - 18:16, 19:20
**visitation** [7] - 2:7, 3:23, 5:5, 10:23, 22:25, 27:4, 32:12
**vocal** [1] - 17:8
**voicing** [1] - 8:16
**voluntarily** [1] - 38:12

## W

**waiver** [1] - 38:13
**waives** [1] - 38:13
**waiving** [1] - 19:16
**watch** [1] - 18:25
**Wayne** [10] - 1:19, 3:22, 4:3, 4:11, 4:15, 22:20, 23:18, 24:11, 33:14, 33:17
**week** [2] - 13:19, 21:1
**West** [1] - 1:24

**whatsoever** [1] - 35:7
**Whereof** [1] - 40:8
**William** [1] - 1:18
**WILLIE** [1] - 1:5
**Willie** [12] - 1:15, 2:6, 2:11, 2:25, 3:5, 3:10, 13:6, 22:24, 23:4, 25:2, 40:6
**willing** [5] - 14:4, 26:19, 26:22, 33:21, 33:22
**wish** [8] - 12:21, 17:1, 18:21, 31:12, 37:4, 37:7, 37:15, 37:24
**Witness** [1] - 40:8
**witnesses** [2] - 17:25, 18:1
**witnessing** [1] - 13:15
**wondering** [1] - 16:6
**word** [1] - 16:4
**words** [2] - 18:14, 32:19
**written** [2] - 3:8, 34:11

## Y

**years** [1] - 18:23
**yesterday** [3] - 20:17, 20:20, 21:3
**yourself** [2] - 36:22, 37:15
**yourselves** [1] - 36:24

## Z

**Zajac** [3] - 1:23, 40:3, 40:13