**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

August 22, 2008

REVISED CORRECTED  MEMORANDUM TO COUNSEL RE:

   USA v. Mitchell, Harris, Martin, and Gardner
   Criminal No. AMD 04-0029

      In light of the discussion at today's motions hearing/pre-trial conference, I write to provide a final schedule for trial. (We can only hope that the government's optimistic prediction that its case will take no more than 12 trial days will be close to accurate.) Again, this proposed schedule is subject to change based on the unforeseen exigencies that, though unforeseen, are inevitable.

      I remind you of the following: (1) we will not sit at all during the week of October 20; (2) we will have two Friday sessions: November 7 and November 21; and (3) we will start late and end early on November 4.[*] I look forward to seeing you on 15 September.

   Trial sessions (generally starting at 9:30 and ending at or about 5:00 p.m.)

   Jury Selection:        Monday, September 15

   Opening Statements:  September 16

   Commence Evidence: September 17 (starting at 10:30 a.m.)

   Trial days:           September 18, 22, 23, 24;
                      September 29 (end at 3:00 p.m.), October 1;
                      October 6, 7, 8 (end at 3:00 p.m.);
                      October 14, 15, 16;
                      October 27, 28, 29;
                      November 3, 4, 5, 6, 7;
                      November 10, 12, 13;
                      November 19, 20, 21;
                      November 24, 25;
                      December 1, 2, 3, 4

                                          Very truly yours,

                                          /s/

                                          Andre M. Davis
                                          United States District Judge

AMD:tt

---

[*] October 13 and November 11 are Federal Holidays.