FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG 22 P 6: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

AMD-04cr029
United States of America v. WILLIE MITCHELL, et al
Suppression Hearing
Exhibit List

| NUMBER | ID 2008 | ADM 2008 | **GOVERNMENT** |
|---|---|---|---|
| | | | |
| 1 | 8/22 | 8/22 | Affirmation of Brown |
| | | | |
| | | | |
| | | | |
| | | | **DEFENDANT SHELLY WAYNE MARTIN** |
| 1 | 8/22 | 8/22 | State's Supplemental Disclosure |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Exhibits attached |
| | | | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  | : | **DRAFT** |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : **Criminal No. AMD-04-029** | |
| | : | |
| **WILLIE MITCHELL, et al.** | : | |

...oooOooo...

## AFFIRMATION OF JUDGE ROGER BROWN

1.    I have been a Judge of the Circuit Court for
Baltimore City since _9/16_[8?]. In _2003_, I retired and assumed
senior status [?]. I still try cases by designation.

2.    Prior to becoming a Circuit Court Judge, I was a
Judge in the District Court of Baltimore City from _1985_ to _1987_.

3.    Over my years on the bench, I have signed many
writs for detectives to take prisoners out of the places where
they are incarcerated for purposes of interviewing them. I have
done this on a routine basis for years and know that my
colleagues on the Baltimore City Circuit Court bench have done so
also. I assume that, since the prisoners are in custody, the
detectives give them *Miranda* warnings. I am aware of no legal or
constitutional problem with signing a writ for detectives to
interview a prisoner and consider it a routine part of my
function as a judge to further police investigations in this way.
I am unaware of any legal challenge to the practice of issuing
writs for police interviews during my years on the bench.

1



GOVERNMENT EXHIBIT
8/22/2008

4. The copy of the writ attached as Ex. A is typical of the writs that I and other judges have issued.

5. I am familiar with the Circuit Court Clerk's Office's practice of issuing "true test" copies of writs. The Clerk knows the writ has been signed by examining the original writ. However, the clerk signs the "true test" copy in the judge's name, and only the copy leaves the courthouse. This practice was instituted by the Court many years ago, before I was on the bench, to impede forgery of judges' correct signatures.

Judge Roger Brown

Date: __10/27/05__

2

STATE OF MARYLAND       *       IN THE

VS.       *       CIRCUIT COURT

SHELLY WAYNE MARTIN       *       FOR

CASE NO.  102127029, 31,33,35       *       BALTIMORE CITY

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATE'S SUPPLEMENTAL DISCLOSURE

799603

Now comes Patricia C. Jessamy, State's Attorney for Baltimore City and Joseph Spicer, Assistant State's Attorney for Baltimore City, and in accordance with Rule 4-263 (h) of the Maryland Rules of Procedure, hereby promptly supplements the State's prior disclosures with the following additional witnesses and/or information:

1.      Originally, when Anthony Magginson heard the taped voice mail message at Mrs. Magginson's house he believed that he heard Shawn Gardner's brother's ("Plum") on the voice mail message. A discussion occurred between he and some family members and then Mr. Magginson concluded or came to believe that he heard Willie Mitchell, Shelly Wayne Martin, and Shawn Gardner's on the voice mail.

       Materials are attached to this supplemental disclosure

       Materials are available for review in the State's Attorney's Office at a time that is mutually convenient.

       I HEREBY CERTIFY that on this 17th day of April, 2003, a copy of the foregoing State's Supplemental Disclosure was hand-delivered to Harold I. Glaser, Esquire at 201 North Charles Street, Suite# 1717, Baltimore, MD 21201.

\_\_\_\_\_ served on the Defendant
\_\_\_\_\_ mailed to the Defendant
\_\_X\_\_ served on the Defendant's Counsel
\_\_\_\_\_ mailed to the Defendant's Counsel

Assistant State's Attorney for
Baltimore City



1751