IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. AMD-04-029 |
| | : |
| WILLIE MITCHELL, et al. | : |

...oooOooo...

**GOVERNMENT'S REQUEST FOR ALIBI NOTICE AND DISCOVERY**

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Robert R. Harding and Michael C. Hanlon, Assistant United States Attorneys for said District, submits this Request for Alibi Notice.

Pursuant to Fed. R. Crim. P. 12.1(a), the United States requests notice of any intended alibi defense.  For the murder of Oliver McCaffity and Lisa Brown, which occurred between 11:00 pm on February, 27, 2002 and 1:00 a.m. on February 28, 2002, in the 4500-block of Finney Avenue in Baltimore, the government requests such notice from counsel for Defendant Harris and Mitchell.  For the murders of Darryl and Anthony Wyche, which occurred between 12:15 a.m. and 1:00 a.m. on March 25, 2002, the government requests such notice from all four defendants in the above-captioned case.  The government specifically requests all of the information listed in Rule 12.1(a)(2).

The government hereby requests disclosure of the documents and objects described in Fed. R. Crim. P. 16 (b)(1)(A), the reports of examinations and tests described in Fed. R. Crim. P. 16 (b)(1)(B), and the information on experts described in Fed. R. Crim. P. 16 (b)(1)(C).  As to documents and objects and reports of examination that cannot be copied, the government requests a time to inspect them, pursuant to Fed. R. Crim. P. 16 (b)(1)(A) & (B).

        Respectfully submitted,
        Rod J. Rosenstein
        United States Attorney


By:_____
        Robert R. Harding


        _____
        Michael C. Hanlon

        Assistant United States Attorneys
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800

**CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of September, 2008, a copy of the foregoing **GOVERNMENT'S REQUEST FOR ALIBI NOTICE AND DISCOVERY** was electronically filed and sent by e-mail and to the following:

| | |
|---|---|
| Michael Lawlor, Esquire<br>Suit 704<br>6305 Ivy Lane<br>Greenbelt, MD 20850-5306 | Laura Kelsey Rhodes, Esq.<br>Albright & Rhodes<br>200-A Monroe St.  Suite 305<br>Rockville, MD 20850 |
| Gerard P. Martin, Esquire<br>25 S. Charles Street, Suite 2115<br>Baltimore, MD 21201 | Paul Flannery, Esq.<br>25 S. Charles Street, Suite 2115<br>Baltimore, MD 21201 |
| Thomas Crowe, Esquire<br>1622 The World Trade Center<br>401 E. Pratt St.<br>Baltimore, MD 21202 | James Pyne<br>305 W. Chesapeake Ave.<br>Suite 209<br>Towson, MD 21204 |
| Barry Coburn, Esquire<br>1350 Connecticut Avenue, N.W.<br>Suite 300<br>Washington, D.C.  20036 | Adam Kurland, Esquire<br>2900 Van Ness Street, N.W.<br>Washington, D.C.    20008 |

_____
Robert R. Harding
Assistant United States Attorney