IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) AMD 04-029 |
| WILLIE MITCHELL, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT WILLIE MITCHELL'S EXPERT DISCLOSURE

Willie Mitchell, by and through his attorneys, Laura Kelsey Rhodes and Michael Lawlor, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, discloses to the government the following expert witness:

### Dave ("Davey D") Cook

Davey D is a hip hop historian, journalist, and deejay. After starting out as an emcee in the Bronx, Davey D went to California to attend UC Berkeley and started deejaying in the Bay Area. His mobile deejay work and community activism eventually lead him deejaying at radio stations including KALX, KPFA and later KMEL. Davey D is a co-founder of the Bay Area Hip Hop Coalition and a member of the Bay Area Black Journalist Association. Davey D sits on the advisory board for Black Youth Vote and Rock the Vote. He is the webmaster of Davey D's Hip Hop Corner, one of the oldest and largest hip hop sites on the web (www.daveyd.com), which has been quoted by journalists, scholars and professors. Davey D has been a featured speaker numerous times, including for:

> The Congressional Black Caucus, The Smithsonian Institute, Harvard University, Oberlin University, and The Bay Area Black Media Coalition.

1

Davey D's expertise and opinion have been featured in documentaries, magazines, newspapers, and TV news shows, including:

> CNN's Talk Back Live, Fox News, BET, 2Pac's Thug Angel documentary, The New York Times, and Rolling Stone magazine.

Davey D also has hosted a weekly Hip Hop/Political TV talk show on Oakland's Soul Beat television. He was the guest curator for the Rock n Roll Hall of Fame Hip Hop Nation Exhibit when it came to San Francisco in 2001. Additionally, currently, Davey D co-hosts, Hard Knock Radio on KPFA in Oakland, a daily hip hop and politics talk show, which was voted Best Radio Show in the Bay Area. He is a frequent contributor to The San Jose Mercury News. Davey D is a contributing editor to two books, *Be a Father to Your Child: Real Talk from Black Men on Family, Love, and Fatherhood* and *How to Get Stupid White Men Out of Office: The Anti-Politics, Un-Boring Guide to Power*.

Davey D is an expert witness in hip hop and rap music and the music industry as it relates to those topics. He is expected to testify about the following matters:

Davey D is expected to testify about the history of hip hop and rap music, what hip hop and rap are, how they have evolved, what is included in the genre, and definitions within the genre. He is expected to testify about the commercial popularity and financial success of hip hop and rap music, and the influence the music has on its listeners and culture in general, particularly African-American culture. Davey D is expected to testify about what makes someone a rapper and how the music is made. He is expected to testify about how and why youth become interested in rap music. He is expected to testify to the manner in which one makes it in the rap business, especially during

the period from 1998 to 2002. Specifically, Davey D is expected to testify about how young aspiring rappers generally get their music heard, in general, and specifically during the period from 1998 to 2002. Davey D is expected to testify about the relationship between the lyrics and image of the lyricists and their success, specifically about the use of lyrics and image as a way to connect with an audience and become successful. His testimony will explain how rappers and hip hop artists use their lyrics to engage listeners.

                                              Respectfully submitted,

                                              Willie Mitchell
                                              By Counsel

BY: _____
Laura Kelsey Rhodes
MD Federal Bar # 12703
ALBRIGHT & RHODES, LLC
200-A Monroe Street, #305
Rockville, Maryland 20850
Telephone: 301-424-0094
Facsimile: 301-424-8732
Email: lkrhodes@albrightrhodes.com
Counsel for Defendant


_____
Michael Lawlor
MD Federal Bar # 013754
Lawlor & Englert LLC
6305 Ivy Lane, #704
Greenbelt, MD 20770
Telephone: (301) 474-3404
Facsimile: (301) 474-3406
E-mail: mlawlor@verizon.net
Counsel for Defendant

3