**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. AMD-04cr029** |
| | : | |
| **WILLIE MITCHELL** | : | |
| | : | |

O R D E R

(1) On or before _Friday, January 9, 2009_ *(not more than 40/30 days from date of Order)* the Probation Officer shall serve two copies of the presentence report upon counsel for the Defendant who shall provide one of the copies to the Defendant. The Probation Officer shall also serve one copy of the presentence report upon counsel for the Government. Counsel for Defendant shall review the report with Defendant.

(2) On or before _Friday, January 23, 2009_ *(not less than 14 days from date in paragraph 1)* counsel shall submit, in writing, to the Probation Officer and opposing counsel any objections to any material information, sentencing classifications, advisory sentencing guidelines ranges or policy statements contained in or omitted from the report.

(3) After receiving counsel's objections, the Probation Officer shall conduct any necessary further investigation and may require counsel for both parties to meet with the Probation Officer to discuss unresolved factual land legal issues. The Probation Officer shall make any revisions to the presentence report deemed proper, and, in the event that any objections made by counsel remain unresolved, the Probation Officer shall prepare an addendum setting forth those objections and any comment thereon.

(4) On or before _Friday, February 6, 2009_ *(not less than 11 days from date in paragraph 2)* the Probation Officer shall serve two copies of any revisions and addendum to the presentence report upon counsel for the Defendant, who shall provide one of the copies to the Defendant. The Probation Officer shall also serve one copy of any revision and addendum to the presentence report upon counsel for the Government. The Probation Officer shall then submit the report (and any revisions and addendum thereto) to the Court.

(5) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before_____ *(not less than 5 days from date in paragraph 4)* a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(6) **Sentencing:**     Friday, February 27, 2009 at 11:00 A.M.

(7) The presentence report, any revisions and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under Section 6 A 1.3 of the Advisory Sentencing Guidelines. In resolving disputed issues of fact, the Court may consider any
reliable information presented by the Probation Officer, the Defendant or the Government, and the Court may issue its own tentative or final findings at any time before, or during the sentencing hearing.

(8) Nothing in this Order requires the disclosure of any portions of the presentence report that are not disclosable under Federal Rule or Criminal Procedure 32.

(9) The dates of service set forth in this Order refer to the date of receipt of the paper being served. If the Probation Officer or counsel are making service of a paper by mail, they must mail the paper at least three days before the date set forth in the Order.

Date: December 9, 2008

ANDRE M. DAVIS
United States District Judge