IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. AMD-04-029 |
| SHELTON HARRIS, *et al.* | * | |

* * * * * * * * * * * * *

## DEFENDANT SHELTON HARRIS' POST-TRIAL MOTION FOR ENTRY OF JUDGMENTS OF ACQUITTAL, OR ALTERNATIVELY, A NEW TRIAL

Defendant Shelton Harris, by and through his attorneys, Gerard P. Martin and Paul M. Flannery, pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure, now moves the Court to vacate the jury verdicts entered against him on Counts One, Two, Three, Four, Five, Six, Eight, Nine, Ten, Eleven, Twelve, Thirteen, and Fourteen of the Fourth Superseding Indictment (the "Indictment") and enter judgments of acquittal for him with respect to those Counts. Defendant further requests that the Court enter an Order conditionally granting a new trial as to any Count on which a Judgment of Acquittal is entered, should that Judgment be overturned on appeal.

Alternatively, Defendant Harris moves, pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure, that the Court, in the interests of justice, vacate the verdicts entered against him on all Counts and grant him a new trial.

Finally, Defendant Harris adopts his Codefendants' motions for judgments of acquittal and new trials to the extent they apply to him, and incorporates and respectfully refers the Court to the accompanying Memorandum of Law in support of this Motion, filed contemporaneously herewith.

Respectfully submitted,

_____/s/_____
Gerard P. Martin (Fed. Bar No. 00691)
Paul M. Flannery (Fed. Bar No. 28574)
Rosenberg | Martin | Greenberg, LLP
25 S. Charles Street, Suite 2115
Baltimore, Maryland 21201

*Attorneys for Defendant Shelton Harris*