IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America  :

       v.  :  Civil No. AMD-04cr029

WILLIE MITCHELL, ET AL  :

...oOo...

### Authorization for Juror Meal

The United States Marshal is directed to provide meals, lodging, or refreshments for the jury while the jury is deliberating.

| Date | Meal | Vendor |
|---|---|---|
| November 21, 2008 | Lunch (14 Jurors) | Edie's |
| November 24, 2008 | Lunch (12 Jurors) | Edie's |
| November 25, 2008 | Lunch (12 Jurors) | Edie's |
| December 3, 2008 | Lunch (12 Jurors) | Edie's |
| December 4, 2008 | Lunch (12 Jurors) | Edie's |
| December 5, 2008 | Lunch (12 Jurors) | Café Express |
| December 8, 2008 | Lunch (12 Jurors) | Edie's |

IT IS SO AUTHORIZED this _____ day of December 2008.

Felicia Cannon, Clerk