**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. AMD-04-029 |
| | : | |
| **WILLIE MITCHELL, et al.** | : | |

...oooOooo...

**GOVERNMENT'S MOTION FOR EXTENSION OF**
**TIME TO RESPOND TO DEFENSE MOTIONS**

The United States of America, by and through its undersigned counsel, moves this court for an extension of time to file its response to the defendants' motions for a new trial, and states as follows:

1. Undersigned counsel received motions for a new trial from defendants Martin, Harris and Gardner filed on December 15 or December 16, 2008.

2. Undersigned counsel took substantial time off over the holidays, and Mr. Hanlon has already completed another trial in *United States v. Thurmaond Brown* before Judge Nickerson on January 8, 2009.  Mr. Harding starts trial in *United States v. Sean Bundy* before Judge Legg on January 26, 2009.

3. The government has requested, and counsel for Harris, Martin and Gardner have all consented to, a continuance of the sentencing dates for their clients to dates after mid-March, 2009.

Wherefore, the government requests an extension until February 9, 2009 to submit its responses.

                                            Respectfully submitted,

                                            Rod J. Rosenstein
                                            United States Attorney

By: \_\_/s/_____
Robert R. Harding

\_\_/s/_____
Michael Hanlon

Assistant United States Attorneys

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I certify that on this 14th day of January, 2009, the Government's Motion for an Extension of Time was electronically filed and served and sent by e-mail to the following:

Michael Lawlor, Esquire
Suit 704
6305 Ivy Lane
Greenbelt, MD 20850-5306

Laura Kelsey Rhodes, Esq.
Albright & Rhodes
200-A Monroe St.  Suite 305
Rockville, MD 20850

Gerard P. Martin, Esquire
25 S. Charles Street, Suite 2115
Baltimore, MD 21201

Paul Flannery, Esq.
25 S. Charles Street, Suite 2115
Baltimore, MD 21201

Thomas Crowe, Esquire
1622 The World Trade Center
401 E. Pratt St.
Baltimore, MD 21202

James Pyne
405 Allegheny Avenue.
Towson, MD 21204

Barry Coburn, Esquire
1244 19th Street, N.W.
Washington, D.C. 20036

Adam Kurland, Esquire
2900 Van Ness Street, N.W.
Washington, D.C. 20008

By: __/s/_____
Robert R. Harding
Assistant United States Attorney