**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. AMD-04-029** |
| | : | |
| **WILLIE MITCHELL, et al.** | : | |

...oooOooo...

## ORDER

The government having moved this Court for an extension of time to file its response to defense motions, it is hereby

ORDERED that the government has until February 9, 2009 to file its response to the new trial motions.

SO ORDERED this _____ day of January,  2009.

_____
Andre M. Davis
United States District Judge