**- ' -**

**'08** [2] 20:11; 21:20

**- 0 -**

**04-00029** [1] 1:5

**- 1 -**

**10** [2] 4:15; 15:3
**100** [1] 6:9
**12** [1] 21:10
**17th** [2] 12:5; 13:17
**1999** [1] 25:2

**- 2 -**

**20** [1] 5:11
**2002** [1] 10:7
**2007** [5] 1:7; 12:5, 6, 7; 13:19
**2008** [1] 20:22
**22** [2] 17:12; 24:21
**23** [1] 17:12
**24** [1] 1:7
**25** [1] 12:7
**28** [1] 13:19
**28th** [2] 12:6; 13:16

**- 3 -**

**302's** [1] 9:13

**- 6 -**

**6's** [1] 9:13
**6th** [1] 10:6

**- A -**

**able** [3] 18:20; 21:6, 21
**about** [21] 6:3, 23, 25; 7:9; 8:8; 11:9, 11, 17; 12:2, 24; 14:5; 16:10, 22; 17:3, 4, 5, 25; 20:4; 21:10; 22:2; 23:3
**above-captioned** [1] 12:16
**above-entitled** [1] 26:7
**absent** [1] 6:6
**absolutely** [5] 9:19; 24:2, 24; 25:17, 22
**abundance** [1] 7:8
**academic** [2] 20:13; 21:2
**accept** [1] 9:19
**accepted** [1] 15:13
**achieve** [1] 4:21
**act** [1] 5:11
**active** [2] 10:13, 18
**actual** [1] 10:20
**actually** [5] 16:22; 17:7; 20:8; 22:2, 13
**adam** [1] 1:21
**add** [4] 3:18; 8:24; 17:18; 18:6
**additional** [1] 2:5
**adjourned** [1] 26:3
**advisable** [2] 4:5, 14
**after** [1] 21:3
**again** [9] 8:25; 15:5, 14, 24; 19:5; 20:15; 23:23, 24
**against** [7] 8:6; 14:15; 16:4, 5, 11; 20:7, 10
**ago** [6] 4:8; 6:12; 7:25; 10:1; 11:5; 24:21
**agree** [2] 15:19, 24
**agreed** [1] 20:9
**agreement** [8] 7:6, 16; 8:4; 9:1; 11:12; 14:22; 15:17, 21
**al** [1] 1:7
**alert** [2] 13:10; 25:13
**all** [29] 3:7, 10, 18, 19; 5:7; 8:14; 9:20; 10:23; 14:2, 3; 15:11; 16:5; 18:12, 23, 24; 20:2, 13; 21:12; 22:6; 23:15, 25; 24:10, 14, 17, 18, 24; 25:6, 10; 26:2
**alluded** [1] 17:9
**along** [1] 6:1
**already** [5] 4:18; 5:4; 18:17; 20:25; 25:11
**also** [6] 8:11; 9:3; 11:17; 17:5, 11; 24:12
**always** [1] 4:19
**am** [1] 25:20
**america** [1] 1:3
**among** [2] 2:17; 21:5
**andre** [1] 1:11
**answer** [2] 9:11, 15
**anticipated** [1] 25:18
**anybody** [2] 18:2; 22:20
**anyone** [1] 9:21
**anything** [7] 11:9; 18:6, 9; 21:3; 23:19, 21; 24:11
**apparent** [1] 2:19
**apparently** [1] 10:1
**appearance** [1] 18:15
**appearances** [1] 1:13
**appears** [6] 2:3; 3:25; 4:15, 20; 6:10; 11:22
**application** [1] 5:12
**appoint** [1] 22:7
**approach** [1] 16:17
**appropriate** [3] 4:5; 5:16; 19:8
**approximately** [2] 8:11; 17:12
**april** [1] 21:8
**apropos** [1] 19:1
**are** [10] 2:6; 11:3; 12:3, 24; 15:11; 18:20; 19:8; 20:25; 24:7, 8
**arose** [2] 2:19; 3:6
**arrest** [1] 2:20
**ask** [3] 20:22, 23; 22:9
**asked** [6] 5:4, 21; 9:12; 10:8; 18:19; 24:19
**asking** [6] 23:14, 15, 16, 18; 24:14
**assistance** [3] 5:12, 17; 11:15
**associate** [3] 7:23, 24; 19:22
**assume** [4] 9:18; 11:21; 18:24; 25:10
**assumed** [2] 10:2; 11:23
**assuming** [1] 9:18
**assumption** [1] 6:3

**assure** [2] 24:3
**attempted** [1] 2:17
**attention** [1] 2:11
**attorney** [3] 6:11; 8:12, 13
**attorneys** [2] 6:12; 25:8
**ausa** [2] 1:15
**available** [1] 4:24
**avoiding** [1] 22:10
**awaiting** [1] 15:18
**aware** [4] 2:6, 21; 7:21; 22:24
**away** [1] 21:4
**awful** [1] 5:4

**- B -**

**back** [5] 8:9; 20:15, 17; 23:11, 12
**back-to-back** [1] 21:22
**backwards** [1] 4:24
**ballpark** [1] 20:17
**baltimore** [1] 10:5
**banker** [2] 5:13, 17
**bar** [1] 15:11
**barry** [1] 1:21
**based** [1] 6:2
**basically** [3] 8:14; 20:18; 24:16
**be** [40] 2:2; 3:13, 23; 4:5, 17; 5:5; 6:22; 7:19; 8:3; 10:2, 11; 11:22; 14:7; 15:5, 6, 16; 16:14, 15, 21; 17:21, 22; 19:5, 6, 14, 17; 20:1, 3, 5, 10, 14; 21:1, 12, 21; 22:17, 19; 23:6, 14; 24:2; 25:9, 25
**bears** [1] 6:16
**because** [13] 4:22; 7:8, 14; 8:3, 7; 14:16, 21; 15:25; 20:11, 14; 21:5, 6; 23:3
**become** [1] 5:13
**been** [10] 3:8, 20; 5:19, 20, 21; 7:3, 15; 11:21; 19:9; 22:5
**before** [7] 1:11; 9:12; 12:13; 13:14; 20:24; 21:19; 22:15
**behalf** [3] 1:14, 17; 3:11
**being** [1] 17:24
**believe** [3] 3:7, 10; 19:3
**believes** [1] 7:22
**benefits** [6] 6:8; 7:19; 8:3, 21; 14:21; 15:20
**bent** [1] 4:23
**best** [4] 15:3; 19:3; 20:12; 21:13
**better** [2] 19:21; 23:25
**between** [1] 3:9
**beyond** [1] 22:4
**bit** [1] 7:14
**blatant** [1] 15:16
**booked** [1] 20:25
**bore** [1] 7:9
**both** [1] 14:4
**bounds** [1] 19:13
**brief** [1] 13:9
**briefly** [1] 17:18
**brought** [3] 2:11; 5:19, 20
**by** [23] 1:23; 6:7, 8, 20; 7:23, 24; 8:1, 12, 20, 21; 10:3, 6; 11:7; 12:17, 20; 14:21; 20:7; 23:16; 24:4, 14, 16, 19

**- C -**

**calendar** [1] 21:3
**calendared** [1] 4:15
**calendars** [1] 20:10
**call** [13] 6:6, 7; 7:19; 8:20; 12:8, 19, 23; 14:11; 16:1, 10, 11; 17:23; 24:5
**called** [3] 6:22; 8:6; 11:22
**calling** [6] 6:24; 8:2, 17, 18; 13:4; 14:21
**camera** [1] 24:3
**can** [19] 3:18; 5:10; 8:2, 17; 14:3; 16:24; 19:2, 14, 22; 20:7, 16; 21:4, 7, 13; 22:15, 23; 23:13, 21; 25:16
**can't** [3] 16:14; 20:23; 22:4
**canceled** [1] 18:14
**cannot** [3] 3:1, 15; 14:19
**capital** [3] 15:2, 4; 16:13
**careful** [1] 15:14
**case** [45] 2:4, 22; 3:1; 4:2, 7, 9, 12, 16; 5:1, 6, 20, 21; 6:7, 22; 7:2, 4, 21, 25; 8:4, 6, 19; 12:16; 15:2, 4; 16:6, 8, 13, 20; 17:24; 18:13, 24; 19:3, 5, 17, 19; 21:19, 23; 22:2; 24:14, 20, 21, 22; 25:3, 23
**caution** [1] 7:8
**cell** [1] 17:4
**certainly** [1] 4:25
**certify** [1] 26:6
**chance** [1] 19:21
**characterization** [1] 9:20
**chasanow** [1] 21:19
**choose** [1] 25:10
**chronologically** [1] 24:8
**circumstances** [6] 3:2, 4; 4:4, 13; 20:5; 25:24
**cited** [1] 6:20
**city** [1] 4:21
**cja** [1] 23:10
**claimed** [1] 13:23
**claims** [1] 15:10
**clarified** [1] 14:10
**clarify** [1] 14:10
**clear** [8] 9:15; 11:24; 12:9, 18, 20; 15:16; 16:14; 20:10
**clearly** [2] 4:10; 12:14
**client** [2] 14:16; 19:4
**close** [1] 19:10
**cm** [1] 26:6
**cmr** [1] 1:24
**co-counsel** [2] 3:11; 4:25
**co-defendant** [2] 22:1
**coburn** [9] 1:21; 7:7; 9:25; 11:5;

16:16, 17, 18; 17:10, 16
**coin** [1] 5:13
**colleagues** [1] 21:5
**come** [1] 5:6
**comments** [1] 19:2
**committed** [1] 21:9
**communications** [1] 19:8
**complete** [2] 12:22; 22:14
**completely** [6] 6:2; 7:11, 18; 8:19; 14:15, 20
**concern** [1] 25:7
**concerned** [1] 12:24
**conduct** [1] 2:13
**conference** [1] 18:13
**conferred** [1] 4:18
**conferring** [1] 21:4
**confidential** [1] 2:15
**conflict** [17] 2:7, 19; 3:17; 8:22; 11:7, 25; 12:15, 25; 13:23, 25; 14:1, 14; 15:16, 21; 25:8, 18
**conflicts** [2] 22:10; 25:14
**connection** [1] 2:10
**conscience** [1] 20:23
**consider** [1] 13:23
**consideration** [1] 21:15
**considered** [1] 4:4
**conspiracy** [1] 16:3
**constituted** [1] 14:13
**consult** [1] 22:9
**consultation** [2] 2:12; 13:20
**contain** [1] 6:17
**continue** [4] 3:1, 15; 4:3, 5
**continued** [2] 4:17; 18:13
**control** [1] 25:17
**conversant** [1] 16:20
**conversation** [5] 8:8, 15; 14:12; 17:5, 6
**cooperate** [1] 11:15
**cooperation** [1] 15:20
**cooperator** [3] 7:15, 16; 14:22
**cooperators** [1] 13:7
**coordinator** [1] 23:10
**copy** [1] 10:1
**correct** [4] 11:13; 20:12; 25:21; 26:6
**correspondence** [1] 3:8
**could** [6] 15:15; 20:8, 19; 25:14, 18
**couldn't** [2] 15:19, 24
**counsel** [28] 2:3, 6, 8, 13, 14; 3:7, 8, 10, 15; 4:8, 19, 23; 5:6; 9:15, 16, 17; 15:11; 16:15; 18:9, 18; 20:6, 22; 22:8, 22
**county** [1] 10:5
**couple** [2] 2:20; 17:18
**course** [6] 4:22; 6:13; 9:11; 16:4; 20:3; 21:13
**court** [83] 1:1, 25; 2:2, 12, 14, 16, 21, 25; 3:11, 19, 21; 4:11; 5:25; 6:13; 9:8, 11, 23; 10:3, 15, 17, 21; 11:9, 12, 15, 19; 12:1, 8, 12, 17, 20, 22; 13:2, 9, 11, 13, 15, 22; 14:2, 3, 23, 25; 15:7, 12, 24; 16:17; 17:8, 16, 25; 18:4, 6, 9, 12, 15, 22; 19:8, 11, 23; 20:2, 19, 21; 21:14, 16, 20, 23; 22:6, 7, 9, 11, 19, 25; 23:8; 24:2, 7, 13; 25:6, 10, 12, 13, 16, 22; 26:2, 10
**court's** [4] 4:1; 6:13; 13:24; 21:14
**court-appointed** [1] 2:13
**covered** [1] 17:11
**criminal** [1] 1:4
**critical** [2] 16:25; 17:22
**cross-examination** [3] 8:12; 17:8, 11
**crossed** [1] 15:5
**crowe** [1] 1:20
**cure** [4] 3:14; 13:4; 15:19, 21


**- D -**


**damage** [1] 8:18
**dare** [1] 21:9
**darius** [1] 11:18
**date** [3] 21:2, 18; 26:10
**date's** [1] 19:25
**dated** [2] 10:4, 6
**davis** [1] 1:11
**day** [1] 21:3
**dean** [6] 19:7, 11, 13, 14, 22
**dean's** [1] 20:17
**death** [3] 15:5; 21:19; 22:2
**deciding** [2] 6:7; 8:20
**decision** [2] 6:1; 13:14
**decision-making** [1] 13:24
**declined** [1] 2:23
**defendant** [3] 14:15; 16:5; 18:21
**defendants** [4] 1:8, 17; 6:23; 16:5
**defense** [8] 8:12, 13; 9:14, 16, 17; 16:15; 17:21, 22
**deliver** [1] 9:13
**denied** [3] 7:19; 8:3; 10:24
**denies** [3] 6:7; 8:20; 10:24
**deny** [1] 14:20
**deprive** [1] 15:20
**detail** [3] 10:10; 16:22; 17:2
**details** [1] 17:20
**detective** [2] 10:6, 17
**didn't** [4] 12:12; 13:2, 3; 24:19
**different** [6] 7:14; 9:5; 13:11; 15:5; 25:23, 24
**difficult** [1] 23:6
**difficulty** [2] 3:14; 4:22
**direct** [2] 17:10, 23

**directly** [1] 7:24
**disagree** [2] 12:1; 15:25
**discharging** [1] 4:1
**disclose** [1] 25:10
**disclosed** [1] 14:2
**discussion** [2] 2:24; 15:2
**disqualified** [1] 25:25
**distance** [1] 4:20
**distinguished** [1] 15:11
**distribution** [1] 24:23
**district** [4] 1:1, 2, 12; 4:21
**division** [1] 1:2
**does** [5] 10:12; 11:7; 20:19; 24:4; 25:10
**doesn't** [4] 6:23; 8:4; 14:22
**doing** [1] 4:11
**done** [4] 19:14; 20:13; 25:11, 18
**dotted** [1] 15:6
**doubt** [1] 6:5
**down** [1] 23:21
**duty** [1] 5:14

**- E -**

**e** [1] 10:9
**each** [1] 24:18
**early** [2] 3:4; 21:1
**effort** [1] 3:14
**eight** [1] 21:22
**either** [2] 8:23; 15:24
**eliminate** [1] 17:23
**else** [4] 14:8; 18:2; 20:16; 22:20
**emerged** [1] 2:7
**employer** [1] 5:4
**encountered** [1] 2:4
**enough** [1] 6:24
**enter** [2] 4:1; 18:15
**entirely** [1] 2:21
**erroneous** [1] 6:2
**eschew** [1] 8:17
**esquire** [8] 1:18, 19, 20, 21
**et** [1] 1:7
**even** [2] 7:15; 9:18
**event** [2] 14:19; 21:2
**events** [1] 9:4
**ever** [4] 7:3; 22:19, 21; 24:10
**every** [1] 22:24
**everything** [2] 5:2; 20:16
**evidence** [5] 15:4; 16:4, 5, 11, 13
**exact** [2] 24:5, 11
**exactly** [3] 16:7, 20; 25:12
**examination** [1] 17:10
**excellent** [1] 22:11
**exchange** [1] 3:8
**excuse** [1] 12:9
**execution** [1] 10:20
**exercised** [1] 2:24
**exhibit** [4] 22:15, 18; 23:3, 5
**exhibits** [3] 23:8, 18; 24:15
**explore** [1] 2:18
**exploring** [1] 12:24
**extensive** [1] 14:5
**extent** [2] 3:20; 19:17

**- F -**

**fact** [3] 6:2; 10:12, 22
**facts** [2] 7:6; 13:10
**fail** [1] 24:19
**failed** [1] 7:19
**fairly** [1] 19:9
**fall** [1] 13:25
**familiar** [1] 10:8
**far** [2] 2:20; 6:1
**fashion** [1] 24:18
**fault** [2] 5:15
**federal** [2] 7:2; 21:5
**file** [2] 3:20, 21
**filing** [1] 5:8
**final** [1] 10:11
**find** [3] 4:19; 5:6, 15
**finding** [1] 5:15
**fine** [1] 15:1
**firm** [1] 7:23
**first** [6] 10:7; 20:21; 21:4; 23:4; 25:10
**fit** [1] 16:20
**five** [3] 12:10; 22:2; 24:22
**flexible** [1] 19:9
**focrr** [1] 1:24
**foregoing** [1] 26:6
**fortuitous** [1] 2:21
**fortuity** [1] 25:22
**foundation** [1] 16:6
**fountain** [1] 23:9
**four** [1] 21:22
**four-month** [2] 20:11; 21:18
**frankly** [2] 25:16, 23
**friendship** [1] 19:12
**from** [32] 3:23; 4:2, 20, 21; 5:10; 6:11; 7:11; 8:2, 17, 18; 9:5; 10:3; 13:11, 14, 15, 17, 19; 15:7, 8, 15; 18:9; 19:8, 16, 20; 20:18, 21; 22:13; 23:17; 25:2; 26:6
**full** [2] 10:7; 17:20
**fully** [2] 4:9; 13:9
**further** [3] 3:24; 4:2; 20:9
**future** [1] 25:14

**- G -**

**gardner** [5] 4:7, 14, 25; 8:7; 10:12
**gardner's** [5] 6:11, 12; 14:6; 16:2, 9
**garner's** [1] 17:3
**gave** [5] 7:4; 9:3; 11:1, 16; 16:1
**generally** [1] 18:13
**gerard** [1] 1:19
**get** [6] 19:22, 24; 20:13; 21:4, 7; 23:17
**getting** [1] 17:2
**giglio** [6] 6:15, 16; 9:6, 18, 25; 11:3
**give** [4] 21:13; 22:25; 25:14
**giving** [1] 24:19
**glad** [1] 3:23

**go** [7] 4:20; 9:9; 19:20; 20:14, 17; 21:21, 23
**goes** [3] 10:10; 17:11; 23:12
**going** [24] 3:25; 4:1, 16, 20; 6:22; 9:12; 10:2; 11:21; 13:17, 22; 17:20; 19:17, 20, 23, 25; 22:3, 7, 12, 19, 21; 24:8
**goo** [1] 10:8
**good** [3] 2:2, 3; 20:23
**got** [3] 10:1; 15:13; 20:21
**gotten** [2] 5:25; 24:18
**government** [48] 3:9; 6:17, 18; 7:1, 3, 5, 7, 9, 11, 13, 15, 16, 17, 19, 21, 22; 8:2, 5, 9, 17; 9:1, 2, 5, 17; 10:2; 11:17, 22, 24; 12:23; 13:5, 6, 7, 11, 14, 16, 18, 19; 14:2, 20; 15:8, 18; 17:22; 18:2; 21:9; 22:24; 24:5; 25:11
**government's** [8] 3:14, 16; 6:3; 8:19; 11:6; 13:8; 16:7; 24:14
**grand** [5] 7:2; 9:1, 13; 11:19, 20
**grave** [2] 3:6; 15:9
**guess** [2] 20:25; 24:1
**guide** [1] 13:24
**guidelines** [1] 5:12
**guy** [4] 6:20, 21; 8:1; 10:2

**- H -**

**h** [1] 1:21
**had** [13] 3:3; 6:25; 7:8, 12, 16; 8:8; 13:13, 22; 14:16; 15:3; 25:1, 8, 16
**half** [4] 5:7; 6:12; 10:1; 11:5
**halloween** [1] 20:8
**handgun** [1] 24:24
**hanlon** [2] 1:15; 3:22
**hanlon's** [1] 3:22
**happen** [6] 3:25; 4:16; 5:2; 23:23, 24
**happened** [1] 6:10
**happy** [2] 23:2; 25:4
**hard** [2] 4:19; 18:17
**harding** [49] 1:15; 3:22, 23; 5:10, 24, 25; 6:6, 7, 14; 8:20; 9:9, 21, 24; 10:5, 16, 19, 22; 11:11, 14, 16, 20; 12:2, 4, 8, 11, 14, 19, 21; 13:1, 8, 22; 14:9, 24, 25; 15:23; 17:8; 22:6, 7, 12, 18, 23; 23:2; 24:1, 4, 12; 25:4, 7, 13; 26:1
**hardly** [1] 3:18
**harmless** [1] 20:22
**harris** [7] 2:9; 3:7, 12, 15; 4:6; 16:12; 20:6
**having** [1] 13:20
**he** [37] 5:1; 6:22; 7:8, 12, 15, 18, 21, 23; 8:1, 3, 4, 6, 8, 10, 14; 9:2, 3; 10:8, 9, 10, 12, 15, 24; 11:1, 16, 20, 21; 12:24; 14:19, 21; 15:10; 16:20, 25; 17:5, 12
**he's** [5] 7:15, 16, 22; 14:19, 22
**hear** [4] 3:23; 5:10; 13:17; 20:21
**heard** [4] 13:19; 15:4; 16:15; 24:10
**hearing** [4] 1:10; 13:14, 15; 25:1
**hearings** [2] 16:4; 25:2
**held** [1] 22:20
**help** [1] 23:4
**helpful** [1] 20:14
**her** [4] 20:4; 22:9; 23:11, 22
**here** [5] 5:16; 6:10; 16:2; 19:2; 21:7
**hereby** [1] 26:6
**hierarchy** [1] 19:18
**him** [12] 5:4; 6:24; 7:20; 8:2, 17, 18, 20; 14:20, 21; 17:23, 24
**himself** [1] 4:24
**his** [14] 2:16, 24; 5:4; 8:25; 9:3, 7; 10:23, 24; 11:2; 15:12, 20; 17:3, 4, 11
**hit** [1] 5:22
**hold** [2] 20:22, 23
**holly** [1] 10:12
**honor** [17] 6:9; 8:22; 11:6; 12:4, 11, 21; 16:16, 19, 25; 17:15; 18:7, 11, 21; 21:17; 25:5, 21; 26:1
**honorable** [1] 1:11
**hope** [5] 5:1; 20:7, 9, 10
**hoping** [1] 21:6
**hours** [1] 16:4
**how** [10] 9:14, 16, 17, 20; 16:20; 19:24; 20:3, 4; 21:23; 24:17
**howard** [1] 5:4
**however** [1] 8:2
**humanly** [1] 5:2
**hysterical** [1] 15:10

**- I -**

**i'll** [2] 3:23; 5:10
**i'm** [28] 5:25; 9:12, 23; 11:11; 12:1, 5, 6, 8; 14:1; 16:19; 17:3; 19:23; 21:6; 22:21, 24; 23:2, 3, 14, 15, 16, 18, 25; 24:9, 14; 25:4
**i's** [1] 15:6
**i've** [3] 24:18, 19, 20
**idea** [4] 13:13, 22; 20:2, 4
**identified** [4] 7:3; 10:23; 12:14; 20:8

**identify** [2] 8:15; 18:18
**identifying** [1] 13:6
**ill** [1] 2:4
**imagination** [1] 11:8
**impacts** [1] 19:21
**importance** [2] 19:15, 19
**important** [2] 7:13; 9:5
**impossible** [2] 18:23, 24
**in-person** [1] 17:6
**inaccurate** [1] 14:20
**incident** [1] 14:17
**included** [1] 6:14
**including** [1] 6:16
**inconsistent** [3] 6:18; 7:12; 11:1
**incorrect** [3] 6:9; 8:19; 13:5
**indication** [2] 9:2; 15:7
**indictment** [1] 5:8
**indisputably** [1] 3:6
**individuals** [1] 13:6
**information** [10] 6:16, 18, 23, 25; 9:10; 11:16; 14:5; 21:13; 23:9, 13
**insofar** [1] 3:16
**instances** [1] 2:7
**instruction** [1] 6:13
**intended** [1] 6:19
**intends** [1] 24:5
**intent** [1] 13:9
**interest** [8] 2:7; 8:23; 11:7, 25; 12:15; 14:14; 19:3; 22:10
**interested** [2] 4:11; 14:17
**interview** [1] 2:18
**interviews** [1] 7:5
**into** [10] 2:13; 5:6, 11, 19, 20, 21; 16:20; 17:2, 20
**investigation** [1] 2:13
**involving** [4] 2:8, 10; 3:6
**irrelevant** [1] 14:16
**issue** [6] 13:10; 14:13, 18; 15:1, 2; 17:24
**issues** [1] 2:18
**it's** [20] 5:16; 7:18; 8:19; 10:5, 6; 16:7; 17:10, 22; 18:23, 24; 19:10, 18, 21; 20:16; 21:25; 22:1, 4, 19; 24:22, 24
**its** [1] 11:24
**itself** [1] 18:8

**- J -**

**jacqueline** [3] 1:24; 26:6, 10
**james** [1] 1:20
**january** [1] 21:19
**jencks** [1] 6:14
**jermaine** [7] 6:21; 7:10, 14; 8:25; 14:11; 16:24; 17:20
**johnson** [15] 6:21; 7:10, 14; 10:8, 12, 16, 18, 22; 14:5, 6, 11, 23; 16:24; 17:20; 18:1
**johnson's** [1] 8:25
**jones** [3] 8:10; 9:4; 10:14
**joshua** [1] 1:19
**judge** [8] 1:12; 13:8; 14:9; 15:23; 17:18; 18:5; 19:1; 21:19
**judgment** [1] 2:25
**july** [3] 1:7; 12:5, 6
**june** [4] 12:6, 7; 13:16, 19
**jury** [5] 7:2; 9:1; 11:19, 20
**justice** [1] 5:8

**- K -**

**k** [1] 1:18
**keep** [1] 5:18
**kemp** [4] 2:16, 17, 23, 24
**kemp's** [1] 3:4
**kind** [1] 19:8
**knew** [1] 9:11
**know** [24] 9:15, 16, 18; 10:12; 13:2, 3; 14:8; 16:22; 17:15; 18:23; 19:6, 7, 14, 16; 20:3, 11, 20; 21:24; 22:4; 23:3, 10; 24:7, 21, 23
**knowledge** [1] 25:15
**knows** [1] 23:11
**kurland** [19] 1:21; 4:23; 5:1; 7:8; 9:25; 11:5; 16:22; 17:17, 18; 18:3, 4, 5, 19, 23; 19:1, 13; 20:14; 21:12, 14

**- L -**

**l** [1] 1:20
**label** [1] 9:10
**labeled** [1] 9:8
**labor** [1] 21:3
**last** [4] 2:6, 20; 15:3; 22:3
**latest** [1] 23:17
**laura** [1] 1:18
**law** [2] 5:5; 19:9
**leading** [1] 9:4
**lectern** [1] 18:20
**legal** [2] 14:18; 15:14
**let** [3] 17:14; 20:19, 20
**letter** [12] 3:11, 17; 6:2; 11:24; 12:2, 3, 4, 7; 13:9, 16, 20; 14:4
**letters** [1] 3:19
**like** [5] 20:16; 22:13; 23:17, 19; 24:21
**likely** [3] 5:8; 13:6; 21:23
**likewise** [1] 21:9
**limited** [1] 14:13
**list** [8] 22:14, 15, 18, 23; 23:3, 6, 18
**lists** [1] 23:5
**little** [1] 7:14
**lived** [1] 10:23
**long** [1] 20:4
**look** [3] 22:8, 21; 23:13
**looking** [1] 17:3
**loosely** [2] 24:9
**lose** [1] 19:11
**lot** [2] 5:4; 17:2
**low** [1] 19:18

- M -

**m** [1] 1:11
**made** [6] 2:25; 3:20; 8:8; 11:24; 16:10, 11
**make** [6] 3:19, 24; 4:24; 5:2; 6:24; 22:12
**making** [3] 12:9, 17, 20
**manifest** [1] 15:21
**march** [1] 4:15
**market** [3] 5:14, 18
**marl** [1] 10:6
**martin** [5] 1:19; 3:18; 4:7; 6:5; 16:12
**martin's** [3] 3:10, 17; 6:2
**maryland** [1] 1:2
**material** [7] 6:14, 15, 16; 9:6, 25; 11:3
**materials** [1] 6:11
**matter** [13] 2:10, 11, 14, 17, 24; 3:4, 6; 6:1; 11:25; 13:14; 15:8; 18:8; 26:7
**matters** [3] 2:22; 3:24; 4:3
**may** [6] 6:17; 9:9; 16:17, 22; 18:21; 21:8
**maybe** [3] 9:15; 23:13, 14
**me** [13] 3:13, 17, 25; 4:13, 16; 5:13; 12:9; 13:5; 20:20; 21:4; 22:9, 25; 24:20
**mean** [14] 12:12, 17, 20; 13:16; 19:18; 20:15, 19; 21:24; 23:11, 20; 24:5, 7, 16; 25:1
**member** [1] 15:11
**memorandum** [2] 4:8, 23
**memory** [1] 23:22
**merely** [1] 9:18
**michael** [1] 1:15
**mid** [1] 23:17
**middle** [1] 22:15
**might** [1] 25:9
**mind** [1] 23:11
**minimum** [1] 13:7
**minute** [1] 8:11
**minutes** [2] 15:3; 16:10
**miss** [17] 2:12; 4:18; 5:5; 13:21; 18:17; 19:24; 20:20, 21; 21:16, 23; 22:8, 14, 20, 23; 23:1, 9, 21
**mitchell** [11] 1:7; 2:8, 10, 18, 23; 4:6; 16:12; 18:21, 22; 20:6; 25:24
**mitchell's** [1] 25:8
**moment** [2] 16:2, 21
**montgomery** [5] 10:17; 11:3, 18; 14:6; 17:6
**montgomery's** [2] 10:11; 11:2
**months** [5] 2:20; 19:20; 21:11, 22
**more** [12] 3:6, 10; 4:9; 11:9; 15:8, 19, 25; 16:14, 22; 17:19; 23:24; 24:9
**morning** [2] 2:2, 3
**most** [1] 20:25
**motions** [2] 1:10; 25:1
**mr** [171] 2:8, 9, 10, 11, 12, 16, 17, 18, 23, 24; 3:1, 4, 6, 7, 9, 10, 11, 15, 17, 18, 22, 23; 4:1, 2, 6, 7, 14, 23, 24, 25; 5:10, 19, 24, 25; 6:1, 5, 6, 7, 8, 10, 11, 12, 14, 20; 7:7, 23, 24, 25; 8:7, 20, 21; 9:9, 21, 24, 25; 10:1, 5, 7, 16, 17, 19, 22; 11:5, 6, 11, 14, 16, 20, 22, 24; 12:2, 4, 6, 8, 11, 14, 15, 19, 21, 23; 13:1, 5, 8, 11, 22, 23, 25; 14:3, 4, 5, 6, 7, 9, 14, 16, 23, 24, 25; 15:10, 16, 17, 20, 23; 16:2, 9, 12, 16, 17, 18, 22; 17:3, 8, 10, 16, 17, 18; 18:1, 3, 4, 5, 6, 7, 9, 11, 16, 19, 22, 23; 19:1, 13; 20:6, 14; 21:12, 14; 22:6, 7, 12, 18, 23; 23:2; 24:1, 4, 12; 25:4, 7, 8, 13, 20, 21, 24; 26:1
**ms** [5] 13:25; 21:17, 21, 25; 23:4
**much** [4] 4:25; 5:22; 16:18; 18:12
**murder** [8] 8:7, 10; 9:5; 16:2, 9; 17:1, 7, 14
**murders** [2] 23:20; 24:22
**must** [1] 22:15
**my** [10] 4:7, 23; 12:4; 17:12; 19:3, 16, 20; 20:15, 25; 21:5
**myself** [1] 22:20

- N -

**name** [1] 13:2
**named** [3] 6:20, 21; 10:8
**nature** [1] 17:21
**necessary** [2] 5:16; 17:2
**need** [3] 19:6, 16; 24:20
**needed** [4] 8:7; 14:10, 11; 15:7
**needs** [1] 23:7
**negatively** [2] 6:17; 7:9
**negotiated** [2] 6:8; 8:21
**neither** [2] 7:1, 3
**never** [9] 5:19, 20, 21; 7:15, 16; 13:5; 14:2; 24:18, 19
**new** [2] 22:7, 8
**next** [4] 21:1, 3, 8; 22:3
**non** [1] 22:2
**none** [1] 23:24
**northern** [1] 1:2
**noted** [1] 10:11
**nothing** [6] 14:16; 22:19, 20; 25:17, 22
**noticed** [2] 21:25; 22:5
**notion** [1] 25:8
**notwithstanding** [1] 3:14
**now** [5] 5:11; 12:13; 16:23; 17:4; 20:18

- O -

**obtain** [1] 20:5
**obtained** [1] 6:10
**obvious** [3] 3:13; 7:11; 9:21
**obviously** [7] 17:23, 25; 19:5, 6, 18
**office** [2] 11:13; 20:17
**official** [2] 1:25; 26:10
**okay** [7] 10:21; 12:22; 14:25; 23:2; 24:4, 11; 25:4
**once** [3] 4:10, 12
**one** [20] 2:7, 8; 10:22; 12:5, 10, 19, 23; 14:1, 9, 12; 15:10; 16:1, 4; 17:19; 19:21; 20:13; 22:1, 3, 12; 25:7
**only** [4] 4:6, 12; 5:10; 19:21
**open** [1] 20:23
**order** [11] 4:1, 21; 15:21; 18:15; 22:14; 23:3, 19, 20; 24:4, 5, 16
**other** [14] 2:17; 7:9, 18; 8:22, 24; 12:25; 14:9; 18:1, 9; 19:7; 22:4, 20; 24:18; 25:7
**others** [1] 11:18
**our** [4] 9:10; 15:11; 17:21; 23:10
**outline** [1] 24:18
**over** [17] 4:24; 6:11; 7:1, 6, 7, 12; 8:24; 9:3, 7, 24; 11:4, 17; 15:4; 19:12; 24:25; 25:17
**owes** [1] 5:17

- P -

**p** [1] 1:19
**pages** [1] 17:12
**paragraph** [2] 10:7; 12:10
**part** [2] 3:19, 20
**participant** [2] 10:13, 18
**participate** [1] 2:23
**participation** [1] 4:2
**particular** [3] 3:9; 14:17; 23:6
**partner** [2] 6:8; 8:21
**paul** [1] 2:16
**penalty** [1] 21:19
**pending** [2] 7:21; 8:4
**people** [1] 20:8
**percent** [1] 6:9
**perfectly** [1] 3:13
**period** [1] 21:10
**person** [2] 15:17; 17:6
**personal** [1] 20:15
**pertinent** [1] 6:23
**phil** [1] 10:6
**phone** [7] 8:8, 15, 16; 14:12; 16:10, 11; 17:4
**picked** [1] 20:1
**place** [2] 23:4; 24:25
**plan** [1] 20:18
**planned** [1] 17:7
**planning** [2] 10:13, 19
**plays** [1] 16:25
**plea** [6] 7:6, 16; 9:1; 11:12; 14:22; 15:17
**please** [5] 2:2; 18:20; 20:22; 21:2, 3
**podium** [1] 16:17
**point** [4] 8:15, 16; 15:1; 19:23
**pole** [1] 19:18
**police** [4] 9:14; 10:5, 24; 11:2
**position** [4] 6:3; 11:6; 13:11; 17:22
**possession** [2] 24:23, 24
**possibility** [2] 21:7; 25:14
**possible** [3] 5:2; 22:24; 23:18
**possibly** [1] 19:2
**potential** [1] 18:1
**preliminaries** [1] 8:14
**preliminary** [1] 3:3
**prepared** [1] 4:9
**present** [2] 3:23; 16:11
**presently** [1] 4:15
**pretrial** [1] 18:13
**pretty** [1] 15:16
**prevented** [1] 25:18
**primary** [2] 9:6; 11:4
**prior** [1] 8:9
**privy** [1] 3:8
**probably** [2] 16:21; 19:19
**problem** [2] 13:4; 22:18
**problematic** [1] 17:19
**proceed** [3] 4:6, 14; 19:25
**proceedings** [3] 2:1; 26:3, 7
**professional** [2] 2:25; 15:12
**proffer** [1] 10:12
**proffers** [1] 7:4
**promptly** [1] 2:11
**proof** [5] 22:14; 23:3, 20; 24:4, 16
**proposing** [1] 13:13
**prosecution** [1] 5:7
**prosecutions** [1] 24:22
**prove** [2] 24:8
**provide** [2] 22:23; 25:4
**purpose** [1] 8:18
**pursuing** [1] 14:17
**put** [1] 15:1
**pyne** [1] 1:20

- Q -

**question** [2] 9:12; 15:15
**quite** [1] 2:19
**quote** [4] 6:5; 12:15, 23; 14:5

- R -

**r** [1] 1:19
**racketeering** [1] 16:3
**ravenell** [4] 7:24, 25; 14:4; 15:16
**reach** [1] 13:13
**read** [1] 9:22
**realistic** [1] 21:7
**really** [9] 3:17; 4:23; 15:3; 22:4;

23:7, 15; 24:14, 15, 20
**realm** [1] 5:13
**reason** [5] 8:24; 9:3, 6; 11:4, 21
**reasons** [1] 4:10
**received** [4] 3:10; 12:6; 13:20
**recent** [1] 3:10
**recess** [1] 26:2
**recognize** [1] 5:3
**recognizes** [1] 19:14
**recommendation** [2] 2:25; 3:5
**record** [5] 4:10; 15:15, 22; 18:7; 26:7
**redoubled** [1] 4:22
**referring** [4] 12:3, 4; 13:3; 14:23
**reform** [1] 5:11
**refrain** [2] 8:2, 17
**regarding** [1] 21:18
**regret** [2] 5:22; 15:6
**regretably** [1] 2:4
**relate** [1] 24:17
**relating** [1] 2:18
**relatively** [1] 20:16
**relevant** [1] 8:11
**remain** [1] 19:2
**remotely** [1] 4:11
**report** [9] 2:15; 7:11; 9:22, 23, 24; 10:3, 5, 25; 11:5
**reported** [1] 1:23
**reporter** [2] 1:25; 26:10
**reports** [4] 7:5; 8:25; 9:3; 11:17
**representation** [2] 20:9; 24:13
**representations** [1] 9:19
**represented** [4] 7:23; 8:1; 14:4, 14
**representing** [1] 15:17
**represents** [1] 23:11
**request** [1] 21:2
**require** [1] 5:9
**rescheduled** [1] 19:17
**research** [2] 14:18; 15:14
**respect** [8] 6:3; 12:25; 16:19, 24, 25; 17:13; 19:19, 24
**response** [3] 3:16, 24; 14:3
**responsibilities** [1] 15:12
**responsibility** [1] 5:18
**result** [1] 2:20
**rhodes** [6] 1:18; 21:16, 17, 21, 24, 25
**rhodes's** [1] 14:1
**right** [8] 16:23; 17:4; 18:12; 20:2; 21:12; 22:6; 25:6
**rise** [1] 25:14
**road** [1] 6:1
**robbery** [1] 10:13
**robert** [1] 1:15
**role** [2] 10:23; 16:25
**rpr** [2] 1:24; 26:6

**- S -**

**said** [9] 3:18; 4:7, 23; 10:9, 10; 12:13, 14; 23:16; 24:21
**same** [4] 5:3; 6:15; 7:10; 12:2
**sat** [1] 25:1
**say** [11] 5:10; 6:19; 8:20; 12:12; 14:3, 20; 18:17; 20:7; 21:8, 9; 22:4
**saying** [1] 23:25
**says** [6] 3:17; 6:5; 9:22; 10:7; 14:4; 15:20
**schedule** [1] 20:15
**scheduled** [2] 13:16; 19:5
**scheduling** [2] 19:20, 25
**schmoke** [2] 19:13, 14
**schmoke's** [1] 19:11
**school** [1] 5:5
**school's** [1] 19:9
**seated** [1] 2:2
**secondly** [1] 23:5
**see** [2] 9:12; 23:21
**seems** [4] 3:13, 17; 4:13; 5:13
**semester** [2] 19:21; 20:13
**sentence** [4] 10:7, 11; 12:22; 13:3
**sentenced** [1] 14:7
**sentences** [2] 12:9, 10
**sentencing** [2] 5:11; 15:18
**september** [9] 4:6, 15; 10:6; 13:17; 20:11, 12, 22; 22:16; 23:17
**series** [1] 22:1
**seriously** [2] 13:23; 15:13
**seven** [1] 22:3
**several** [4] 2:6; 4:8; 11:17; 19:20
**severance** [1] 4:9
**share** [3] 22:13, 21; 23:1
**she** [5] 23:7, 9, 10, 11, 13
**she'll** [1] 20:3
**she's** [2] 4:20; 23:10
**shearer** [16] 2:12; 4:18; 5:6; 13:21; 18:17; 19:24; 20:20, 21; 22:8, 14, 21, 23; 23:1, 4, 9, 21
**short** [1] 16:1
**should** [9] 5:19, 20, 21; 8:24; 10:11; 11:21; 12:22; 16:21; 18:19
**shows** [1] 4:10
**significant** [5] 6:8; 7:19; 8:21; 14:21; 17:13
**simply** [1] 13:10
**since** [1] 5:7
**single** [2] 8:8, 14
**sit** [1] 23:21
**situation** [1] 18:25
**six** [1] 22:2
**some** [8] 4:20; 7:25; 8:12, 13; 14:17; 15:7; 22:15; 24:13
**somebody** [2] 10:18; 21:7

**something** [3] 12:9; 23:14; 25:9
**somewhere** [1] 7:22
**sorry** [7] 5:25; 9:23; 11:11; 12:1, 5, 6, 8
**sort** [2] 9:2; 20:15
**sovich** [3] 1:24; 26:6, 10
**speak** [1] 18:21
**speaks** [1] 18:8
**special** [2] 5:14, 18
**spence** [6] 8:10; 9:4; 10:14; 11:18; 16:25; 17:7
**spences** [1] 10:23
**spent** [1] 16:3
**spring** [1] 21:1
**stack** [1] 9:13
**stand** [2] 6:6; 8:10
**standpoint** [2] 19:16, 20
**start** [2] 2:4; 21:8
**starting** [3] 20:11; 21:2, 19
**state** [9] 7:25; 8:6, 7; 14:6; 16:2, 9; 17:3, 14; 21:5
**statement** [2] 6:9; 7:6
**statements** [6] 7:8, 12; 8:25; 9:14; 11:2
**states** [4] 1:1, 3, 12, 14
**stay** [1] 5:1
**stenographic** [1] 26:7
**step** [1] 5:21
**stewart** [15] 6:21, 25; 7:4; 11:10, 11, 12; 14:4, 5, 7; 15:17, 20; 16:19; 17:19; 18:1
**still** [1] 14:10
**stone** [1] 5:22
**stops** [1] 25:2
**story** [2] 11:1, 2
**street** [1] 7:22
**stretch** [1] 11:7
**striking** [1] 18:15
**strongly** [1] 15:25
**structured** [1] 16:7
**subjects** [1] 10:8
**submissions** [1] 15:13
**submitted** [1] 2:14
**substantial** [4] 5:12, 17; 11:15; 17:13
**successful** [3] 20:3, 5
**successor** [4] 3:7; 4:19; 18:18; 20:5
**such** [2] 9:8; 15:17
**suggestion** [2] 15:25; 22:12
**sullivan** [11] 1:18; 2:11, 12; 3:1; 4:1; 18:10, 11, 16; 25:20, 21, 24
**sullivan's** [1] 13:25
**summary** [1] 23:19
**summer** [1] 21:1
**suppose** [1] 20:7
**supposed** [4] 9:15, 16, 17; 14:8
**suppression** [1] 25:2
**sure** [2] 14:1; 23:4
**surprise** [1] 3:5

**- T -**

**t's** [1] 15:5
**take** [2] 20:4, 9
**taken** [2] 3:3; 15:10
**takes** [1] 15:12
**talk** [3] 19:7; 20:15, 17
**talking** [2] 12:2; 21:10
**tania** [4] 8:10; 9:4; 10:14; 16:25
**tell** [5] 15:15; 16:24; 19:23; 25:16, 23
**telling** [1] 10:17
**tend** [1] 5:14
**tentative** [1] 20:18
**term** [1] 24:9
**terms** [1] 20:12
**testified** [5] 7:2; 8:14; 14:6; 16:10; 17:5
**testify** [2] 11:19, 20
**testimony** [11] 8:8, 11; 9:1, 13; 14:13, 15; 16:1; 17:3, 4, 11; 23:19
**than** [6] 4:10; 16:14, 22; 22:4, 20; 24:10
**thank** [9] 16:18; 17:16; 18:4, 5, 12; 21:14, 17; 26:1, 2
**thanks** [1] 2:16
**that's** [23] 5:2, 8; 9:6; 11:4; 12:5, 17, 20; 16:2, 6; 17:8, 10, 25; 19:3; 21:5; 22:11; 24:10, 14, 15, 18, 22; 25:2
**their** [1] 20:10
**them** [5] 6:6, 7; 7:3, 9
**then** [5] 5:6, 8, 17; 10:10; 24:23
**theory** [1] 16:7
**there** [14] 2:7; 4:8; 6:5; 8:11, 13, 22, 25; 11:21; 14:9; 15:1, 19; 16:12; 25:17
**there's** [1] 9:15
**therefore** [2] 11:1, 2
**these** [11] 3:19, 24; 4:3; 6:4, 23; 7:1; 8:23; 12:9; 13:6; 16:4; 24:17
**they** [3] 3:20; 8:7; 24:17
**thing** [1] 14:9
**things** [3] 2:17; 17:19
**think** [9] 4:10; 5:16; 9:21; 18:7; 19:16; 21:10; 22:1, 3, 11
**thinking** [1] 21:7
**this** [54] 2:4, 11, 22; 3:16; 4:9, 12, 20, 21; 5:20, 21, 22; 6:1, 6, 14, 22; 7:2, 4; 8:1; 9:16, 20, 24; 10:2, 24; 11:25; 13:9, 10, 14, 15, 24, 25; 14:17; 15:2, 12; 16:3, 6, 20, 21; 18:8; 19:12, 23; 20:9; 21:8; 23:23;

24:20, 21, 22, 23, 24; 25:3, 16, 17
**thomas** [1] 1:20
**those** [3] 11:16; 23:4, 5
**though** [1] 6:25
**thought** [2] 13:4; 15:8
**three** [3] 5:6, 7; 12:9
**through** [3] 9:9; 21:1; 25:1
**throughout** [1] 21:10
**time** [9] 4:8; 5:3; 6:15; 8:9, 16; 12:13; 15:14; 20:23; 22:15
**timeline** [2] 24:15, 16
**timothy** [1] 1:18
**tiny** [3] 14:13; 15:1, 2
**told** [1] 13:5
**tomorrow** [1] 23:16
**too** [2] 15:1; 23:8
**took** [1] 13:11
**total** [1] 23:17
**totem** [1] 19:18
**touch** [1] 21:12
**toward** [1] 22:9
**traffic** [1] 25:2
**transcript** [3] 1:10; 17:12; 26:6
**treem** [20] 1:19; 3:9, 15; 4:2; 5:19; 6:6, 10, 20; 10:1; 11:7, 22, 25; 12:15, 24; 13:5; 14:14; 15:10; 18:6, 7, 16
**treem's** [10] 3:7, 11; 6:8; 7:23; 8:21; 12:7; 13:12, 23; 14:3, 16
**trial** [13] 4:5, 14; 8:7; 13:16, 25; 14:6; 16:2, 9; 17:4, 14; 20:11; 21:8, 18
**trials** [1] 22:3
**triggered** [1] 23:14
**triggers** [1] 23:21
**true** [4] 5:18; 7:10; 17:25; 18:3
**try** [2] 4:9, 12
**trying** [2] 4:19; 20:13
**turbulence** [1] 2:5
**turned** [7] 6:11; 7:1, 6, 7, 11; 9:24; 11:17
**turning** [4] 8:24; 9:3, 7; 11:4
**turns** [1] 24:17
**twists** [1] 24:17
**two** [7] 2:7; 6:4, 20; 13:6; 16:10; 20:8; 24:21
**tyree** [6] 6:21, 25; 7:4; 16:19; 17:19

**- U -**

**unbelievable** [1] 23:9
**unconnected** [1] 2:21
**under** [7] 3:1, 4; 4:4, 13; 17:11; 20:5; 25:24
**underlying** [1] 13:10
**underneath** [1] 7:25
**understand** [1] 24:20
**unexpectedly** [1] 2:19
**unimportant** [3] 16:1, 13; 20:16
**united** [4] 1:1, 3, 12, 14
**university** [1] 5:5
**unsworn** [1] 9:14
**untrue** [1] 7:18
**up** [4] 9:4; 20:9; 23:6; 24:8
**urge** [1] 22:8
**us** [2] 4:24; 23:24
**used** [1] 24:10
**using** [3] 8:16; 24:9

**- V -**

**v** [1] 1:5
**version** [1] 9:4
**very** [5] 4:25; 5:22; 17:13; 18:12; 24:9
**view** [3] 3:3; 17:12; 22:9

**- W -**

**waiting** [1] 15:6
**wall** [1] 5:23
**want** [16] 4:25; 11:9; 14:25; 16:15; 19:11, 24; 20:20; 22:25; 23:8, 13, 23, 24; 24:10, 13; 25:13
**wanted** [2] 15:7; 17:14
**wants** [1] 4:12
**wasn't** [2] 13:8; 15:14
**way** [2] 16:7; 24:15
**we** [15] 5:22; 7:1; 9:9; 12:6, 14, 19, 24; 13:13; 14:11; 16:3; 20:8; 21:7, 13; 25:1
**we'll** [1] 21:12
**we're** [5] 12:2; 21:6, 10; 22:3; 26:2
**we've** [4] 5:3; 15:3, 4; 20:21
**weeks** [2] 2:6; 4:8
**well** [11] 5:25; 12:11; 13:15; 14:25; 19:1; 20:2, 3; 21:15; 22:2; 23:8, 10
**were** [9] 6:11, 20; 7:12; 8:13; 9:5; 11:17; 13:3; 15:6; 18:19
**what's** [2] 3:25; 4:16
**whatever** [2] 19:2, 15
**whatsoever** [2] 8:5, 18
**where** [3] 9:12; 10:23; 15:15
**whether** [5] 4:4; 12:24; 13:24; 14:11, 12
**which** [10] 2:19; 10:1; 12:3; 14:1, 10, 11; 22:13; 23:20; 24:5; 25:7
**whip** [1] 23:6
**who** [14] 4:18; 7:24; 8:15; 9:21; 10:22; 14:14; 15:12; 16:10, 11; 17:7; 20:8; 23:11
**who's** [3] 9:16; 10:15; 17:6
**whole** [2] 13:10; 18:2

**Whom** [4] 10:3, 4; 14:15; 23:11
**why** [3] 13:3; 15:4; 16:6
**will** [22] 3:19; 5:1; 8:3; 11:1, 3, 18; 12:15, 19, 23; 17:21; 18:15; 19:1, 2; 20:4, 8; 22:13, 21, 25; 23:14; 24:2; 25:23
**william** [1] 10:11
**willie** [2] 1:7; 17:6
**willing** [1] 22:17
**wish** [1] 3:24
**within** [1] 19:13
**without** [5] 5:15; 8:18; 17:2, 20; 21:4
**witness** [24] 6:22, 24; 7:4, 13, 20; 8:3, 6, 9; 9:2, 17; 10:2; 11:22; 13:2, 4; 14:21; 16:1, 9; 17:13, 21, 24; 18:2; 22:14, 24; 23:6
**witnesses** [16] 6:4, 17, 18, 20; 7:1, 2, 9; 8:23; 9:5; 11:18; 12:19, 23; 13:7; 23:18; 24:6, 15
**woman** [1] 17:5
**won't** [1] 23:14
**wonder** [1] 25:9
**words** [2] 7:18; 8:22
**work** [7] 2:16; 4:19; 18:17; 19:22; 20:12; 23:15
**worked** [1] 7:24
**world** [1] 18:2
**worth** [1] 6:24
**would** [30] 4:5; 5:1; 6:6; 7:18; 13:4, 24; 14:13, 20; 16:20; 17:21, 23; 19:5, 6, 16; 20:10, 12, 14, 22; 21:1, 21; 22:8, 13, 17; 23:4, 5, 6, 17; 25:11, 15
**wouldn't** [1] 25:25
**writing** [1] 13:9
**written** [1] 15:13
**wrong** [1] 12:5

**- Y -**

**year** [7] 6:12; 9:25; 11:5; 20:18; 21:1, 3, 8
**years** [5] 5:7, 11; 7:25; 23:12; 24:21
**yet** [3] 3:20; 14:7; 15:4
**you're** [1] 22:19
**you've** [1] 24:10
**young** [1] 17:5
**your** [23] 6:9; 8:22; 9:19; 11:6, 13; 12:4, 11, 21; 14:4; 15:25; 16:16, 19, 24; 17:14; 18:7, 11, 21, 25; 19:1; 21:17; 25:5, 21; 26:1

**- Z -**

**zero** [1] 25:19