IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA

    v.                               CRIMINAL CASE NO.
                                    AMD-04-029

WILLIE MITCHELL,
SHELTON HARRIS,
SHELLY WAYNE MARTIN,
SHAWN GARDNER,

    Defendants
_____/

VOLUME XXXIV OF XXXVII
Thursday, December 4, 2008
Baltimore, Maryland

Before:  Honorable Andre M. Davis, Judge
         And a Jury

Appearances:
      On Behalf of the Government:
       Robert Harding, Esquire
      On Behalf of Defendant Mitchell:
       Michael E. Lawlor, Esquire
      On Behalf of Defendant Harris:
       Gerard P. Martin, Esquire
       Paul Flannery, Esquire
      On Behalf of Defendant Martin:
       Thomas L. Crowe, Esquire
       James G. Pyne, Esquire
      On Behalf of Defendant Gardner:
       Adam H. Kurland, Esquire
       Barry Coburn, Esquire

Reported by:
Mary M. Zajac, RPR
Room 5515, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

1         (Proceedings at 3:55 p.m. defendants are present.  Jury
2    not present.)
3         THE COURT:  We'll go on record now.  Just so you know
4    the note that came out this morning, quote:
5         "A juror has a personal matter to attend to this
6    evening and needs to leave by 4 p.m.  Request 1 p.m. break, half
7    hour.  Jury requests confirmation.  Tomorrow will be the next day
8    scheduled for deliberations.  Also, if verdict not reached,
9    Saturday, Sunday are free from duty, back Monday?"
10        And I sent in the normal note:  Ladies and gentlemen,
11   you may, you may take an outdoors break from 1 to 1:30.  No
12   deliberations are to take place during this break.  Deliberations
13   may only resume after all 12 jurors have returned to the jury
14   room.  Okay.  Thank you.
15        MR. COBURN:  Your Honor, so sorry just to take up
16   another minute of the Court's time.
17        THE COURT:  Certainly.  Go ahead.
18        MR. COBURN:  In connection with your conversation with
19   Judge Nichols, does Your Honor remember what time I'm supposed to
20   be there?  The reason I asked is because Mr. Kurland mentions to
21   me that he's gone tomorrow afternoon at 2.  So I just want to
22   make sure I don't create a situation in which neither of us is
23   available.
24        (An off-record discussion.)
25        THE COURT:  Ms. Arrington, may we have the jury,

1    please?

2             (Jury enters the courtroom at 3:57 p.m.)

3             THE COURT: Mr. Foreman, ladies and gentlemen of the

4    jury, good afternoon. Good to see you all again. I simply

5    brought you out to acknowledge that you wanted to leave by four

6    today, and certainly, that request is granted. I also wanted to

7    express our thanks for your continued work on this case.

8             You've indicated that you wish to come in tomorrow.

9    Normally, as you know, we don't sit on Fridays. But if that's

10   your desire, certainly, as I promised you, you are free to come

11   in tomorrow. And I will ask all of you to be back in the jury

12   room tomorrow morning no later than 9:30. Again, of course, no

13   deliberations may commence until all 12 jurors are in the jury

14   room.

15            Continue to adhere to all of my instructions. Avoid

16   media reports, if any, about the case. Do not conduct any

17   investigation. Do not discuss the case with anyone during the

18   recess. And do not discuss the case even among yourselves until

19   all 12 jurors are back in the jury room.

20            Of course, we will not be in session on Saturday and

21   Sunday. And so if your work continues into next week, of course

22   we'll adhere to the same schedule starting on Monday next week,

23   and I'll ask you to be here at 9:30 on Monday.

24            With that, enjoy your evening. You are excused until

25   9:30 tomorrow morning. Jury's excused.

1        (Jury exits the courtroom at 4:00 p.m.)

2        THE COURT: Well, I didn't see anything that caused
3   concern. They all seem to be in good spirits. Casually dressed,
4   as they should be.

5        The defendants are excused. I thank the marshals very
6   much.

7        (Defendants exit the courtroom.)

8        THE COURT: Counsel, if you'll just stick around for a
9   minute. All right.

10       I just wanted to address very, very briefly, Mr.
11  Harding and Mr. Martin, the motion which the government filed to
12  which Mr. Martin and Mr. Flannery filed a response. It seems to
13  me it's probably arguably excessive, but Mr. Harding, I think,
14  that if you will just submit your request under oath, that is,
15  provide an affidavit with the brief summary of the incident that
16  gives rise to the request, the Court, I'll give counsel for Mr.
17  Harris an opportunity to respond. But I see no difficulty in
18  granting that request.

19       But I think out of an abundance of caution, Mr. Martin
20  and Mr. Flannery make a good point, that there should be a more
21  substantial showing than simply a motion by the government.

22       MR. HARDING: That's fine, Your Honor. Do you want an
23  affidavit from me or from an agent?

24       THE COURT: From one of the marshals.

25       MR. HARDING: Okay.

1        THE COURT:  From one of the marshals who were present
2   at the time.  And just describe very briefly what happened,
3   literally no more than one page, what happened, and how it was
4   that bodily fluids came to be in the atmosphere.
5        MR. HARDING:  Okay.  I'll bring it by your chambers
6   tomorrow morning.
7        THE COURT:  That's great.  I was going to say, do it,
8   you don't have to file it CMF.  If you'll bring a hard copy by
9   and serve a copy on Mr. Martin by fax or e-mail, that will take
10  care of it.  Yes, Mr. Martin.
11       MR. MARTIN:  That's fine, Your Honor.  Your Honor, I
12  just wanted to inquire.  It occurred to me on the train that
13  perhaps I want to make sure that there are photographs to the
14  extent there are, of the, whatever happened up there.  I don't
15  want anything to get lost.
16       THE COURT:  Of course.  No.  I think there's going to
17  be an indictment.
18       MR. MARTIN:  My guess is there will be, Your Honor.
19       THE COURT:  Right.  Right.
20       MR. MARTIN:  I just want to make sure the record is
21  preserved.
22       THE COURT:  I understand that they've been able to
23  capture the video images, the video itself in the way that they
24  did.
25       MR. MARTIN:  That's fine.

1             MR. HARDING:  Judge, I have seen the videotape.
2             THE COURT:  Okay.  Great.  So just have Steve Akers or
3    any of the marshals prepare a short affidavit.
4             MR. MARTIN:  I assume there's no sound to any of this.
5             THE COURT:  I don't think so.
6             MR. HARDING:  No.
7             MR. MARTIN:  Thank you, Your Honor.
8             THE COURT:  Thank you all very much.  Mr. Kurland.
9             MS. RHODES:  Just, a brief scheduling matter.  I've
10   enjoyed the hospitality of the Third Floor Library for the last
11   couple of days.  I just want to make sure I'm not in violation of
12   a court order.  Tomorrow, for the morning up until 2:00, if I'm
13   on 45 minute call, is that okay?
14            THE COURT:  Absolutely.
15            MR. KURLAND:  Because I'm going to plan on --
16            THE COURT:  I'm just asking you, in fact, let's make it
17   an hour.  Okay?  If everybody can get here in an hour, I'll be
18   more than satisfied.
19            MR. KURLAND:  That prevents an I-95 stop issue.
20            THE COURT:  No.  We don't want that.  Thank you all
21   very much.  Hope you all had a great Thanksgiving.  We're in
22   recess.
23            (Conclusion of Proceedings at 4:05 p.m.)
24
25

REPORTER'S CERTIFICATE

I, Mary M. Zajac, do hereby certify that I recorded stenographically the proceedings in the matter of USA v. Willie Mitchell, et al., Case Number(s) AMD-04-029, on December 4, 2008.

I further certify that the foregoing pages constitute the official transcript of proceedings as transcribed by me to the within matter in a complete and accurate manner.

In Witness Whereof, I have hereunto affixed my signature this _____ day of _____, 2009.

_____
Mary M. Zajac,
Official Court Reporter